UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **HEALTHY ADVICE NETWORKS, LLC,** | ) | No. 1:12-cv-610 |
| | ) | |
| Plaintiffs, | ) | (Judge Dlott) |
| | ) | |
| vs. | ) | |
| | ) | **CORPORATE DISCLOSURE** |
| **CONTEXTMEDIA, INC.** | ) | **STATEMENT** |
| | ) | |
| Defendants. | ) | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of Defendant ContextMedia, Inc.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    ____ YES          __X__ NO

    If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

    N/A

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

\_\_\_\_ YES    <u>X</u>  NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.

<u>N/A                                                                                             </u>

Respectfully submitted,

 /s/ *Thomas F. Hankinson*
James E. Burke (0032731)
Thomas F. Hankinson (0088367)
KEATING MUETHING & KLEKAMP PLL
One East Fourth St.
Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6428
Fax: (513) 579-6457
jburke@kmklaw.com
thankinson@kmklaw.com

Richard J. O'Brien (*pro hac vice*)
Shubham Mukherjee (*pro hac vice*)
Sidley Austin LLP
One South Dearborn St.
Chicago, Illinois  60603
Phone: (312) 853-7000
Fax: (312) 853-7036
robrien@sidley.com
smukherjee@sidley.com
*Attorneys for Defendant ContextMedia, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically on October 3, 2012. Parties may access this pleading through the Court's electronic docketing system.

 /s/ *Thomas F. Hankinson*
Thomas F. Hankinson (0088367)
