# EXHIBIT 6

# In The Matter Of:

## *Healthy Advice Networks, LLC*
## *vs.*
## *ContextMedia, Inc.*

_____

## *Rishi Shah*

## *March 12, 2014*

_____

**MERRILL CORPORATION**
LegaLink, Inc.
311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

Rishi Shah    March 12, 2014

Page 10

| | | |
|---|---|---|
| 1 | 09:26:22 | Who was involved in forming the company? |
| 2 | 09:26:25 | A.  The company was formed in 2006. |
| 3 | 09:26:29 | Q.  Can you keep your voice up.  I'm having a |
| 4 | 09:26:31 | little bit of trouble hearing. |
| 5 | 09:26:33 | A.  Sure. |
| 6 | 09:26:34 | The company was formed in 2006.  The |
| 7 | 09:26:38 | founders were myself, Shradha Agarwal, and Derek |
| 8 | 09:26:45 | Moeller. |
| 9 | 09:26:49 | Q.  How did you come up with the idea to form |
| 10 | 09:26:51 | Context? |
| 11 | 09:26:55 | A.  All three of us, Shradha, Derek and myself, |
| 12 | 09:26:58 | were students at Northwestern University.  We had |
| 13 | 09:27:02 | built a university-owned business undergraduate |
| 14 | 09:27:07 | student organization, and in doing so had discovered |
| 15 | 09:27:15 | technologies around mobile media that were very |
| 16 | 09:27:19 | interesting to us. |
| 17 | 09:27:22 | We attended a conference where we saw the |
| 18 | 09:27:25 | topic of digital place-based media along with mobile |
| 19 | 09:27:30 | media covered, and I, in particular, instinctually |
| 20 | 09:27:36 | thought that healthcare would be a place to produce |
| 21 | 09:27:41 | great impact of social benefit if place-based media |
| 22 | 09:27:46 | could be delivered in an effective manner.  My |
| 23 | 09:27:49 | sister has Type 1 diabetes, my father is a |
| 24 | 09:27:54 | physician, and I saw quickly how this sort of |

Rishi Shah    March 12, 2014

Page 11

| | | |
|---|---|---|
| 1 | 09:28:00 | programming could help patients and healthcare |
| 2 | 09:28:03 | providers alike.  And that background along with our |
| 3 | 09:28:08 | interest in the technology led us to form the |
| 4 | 09:28:12 | company. |
| 5 | 09:28:14 | Q.  Did you understand at or around the time of |
| 6 | 09:28:17 | the formation of the company that there were other |
| 7 | 09:28:19 | companies that were providing patient education, |
| 8 | 09:28:23 | patient information in the waiting room setting? |
| 9 | 09:28:27 | A.  At that specific time, prior to April of |
| 10 | 09:28:29 | 2006, I do not recall that we were aware of other |
| 11 | 09:28:34 | companies with video monitors in doctors' offices. |
| 12 | 09:28:38 | Many people in the industry we came across mentioned |
| 13 | 09:28:44 | attempts by companies such as Whittle in years past |
| 14 | 09:28:48 | to do something similar, whether in healthcare or in |
| 15 | 09:28:52 | other places, but it was mostly in the context of |
| 16 | 09:28:56 | efforts that had failed rather than an active |
| 17 | 09:29:00 | marketplace. |
| 18 | 09:29:03 | Q.  At what point in time after the formation |
| 19 | 09:29:05 | of the company in April of 2006 did you become aware |
| 20 | 09:29:09 | that there was competition in the point-of-care |
| 21 | 09:29:14 | industry, if that's the right term to use? |
| 22 | 09:29:17 | A.  I do not recall the exact date upon which I |
| 23 | 09:29:21 | became aware of a competitor in the point-of-care |
| 24 | 09:29:24 | industry.  I suspect it would have been no later |

Rishi Shah    March 12, 2014

Page 12

| | | |
|---|---|---|
| 1 | 09:29:28 | than 2007 or 2008, somewhere in that two-year time |
| 2 | 09:29:34 | frame as we began to acquire physician practices and |
| 3 | 09:29:42 | advertising revenue from manufacturers and ad |
| 4 | 09:29:45 | agencies. |
| 5 | 09:29:48 | Q.  Whenever it was that you became aware of |
| 6 | 09:29:51 | competition in the point-of-care business or the |
| 7 | 09:29:53 | point-of-care industry, who were the competitors of |
| 8 | 09:29:58 | which you became aware? |
| 9 | 09:30:05 | A.  Again, I do not recall all of the |
| 10 | 09:30:07 | competitors I became aware of and when and in what |
| 11 | 09:30:10 | order, but a few of the names that come to mind are |
| 12 | 09:30:15 | AccentHealth, Healthy Advice, and -- again, there |
| 13 | 09:30:21 | were a number of others, but I do not recall the |
| 14 | 09:30:24 | order and the names of them all. |
| 15 | 09:30:31 | Q.  As I understand it, both from prior |
| 16 | 09:30:33 | testimony and things I've read, the first network |
| 17 | 09:30:36 | that was formed by Context was the Diabetes Health |
| 18 | 09:30:41 | Network; is that correct? |
| 19 | 09:30:41 | A.  That is the first vertical we focused on. |
| 20 | 09:30:45 | Q.  And why did you choose that vertical, the |
| 21 | 09:30:48 | Diabetes Health Network to focus on? |
| 22 | 09:30:51 | A.  As we discussed briefly around the |
| 23 | 09:30:54 | formation of the business, I had family members with |
| 24 | 09:30:58 | diabetes.  My co-founder, Shradha, had family |

Rishi Shah    March 12, 2014

Page 13

| | | |
|---|---|---|
| 1 | 09:31:04 | members with diabetes.  We thought there was |
| 2 | 09:31:09 | tremendous opportunity to improve health outcomes by |
| 3 | 09:31:12 | providing lifestyle and medical education in this |
| 4 | 09:31:16 | point-of-care context.  We had a passion to do so |
| 5 | 09:31:21 | around diabetes because of our background and |
| 6 | 09:31:25 | affinity for helping those suffering from that |
| 7 | 09:31:28 | condition.  The plan was always to expand beyond |
| 8 | 09:31:33 | that first vertical as we have done, but we chose |
| 9 | 09:31:37 | that first vertical because of our affinity for that |
| 10 | 09:31:40 | condition. |
| 11 | 09:31:42 | Q.  Was the plan to make money, to generate |
| 12 | 09:31:47 | revenue? |
| 13 | 09:31:48 | A.  The plan was to generate revenue. |
| 14 | 09:31:51 | Q.  Let's focus on 2006.  Did -- during 2006, |
| 15 | 09:31:56 | were you -- was Context successful in recruiting and |
| 16 | 09:31:59 | obtaining any members?  And by "members," I mean |
| 17 | 09:32:02 | physician practices. |
| 18 | 09:32:03 | A.  From the period of 2006 and '7, as I don't |
| 19 | 09:32:06 | recall the specifics around merely 2006, |
| 20 | 09:32:11 | Contextmedia was successful in recruiting several |
| 21 | 09:32:15 | physician practices or what we call members. |
| 22 | 09:32:22 | Q.  And how did you go about doing that?  Just |
| 23 | 09:32:26 | kind of walk me through -- |
| 24 | 09:32:29 | COURT REPORTER:  Sorry.  I couldn't hear you. |

| | | |
|---|---|---|
| 1 | 09:32:31 | MR. COWAN: No more coughing. |
| 2 | 09:32:33 | MR. O'BRIEN: Got you. I covered the mic. |
| 3 | 09:32:35 | BY MR. COWAN: |
| 4 | 09:32:35 | Q. How did you go about doing that? Walk me |
| 5 | 09:32:37 | through the process by which Context was able to |
| 6 | 09:32:41 | recruit and obtain members for the DHN? |
| 7 | 09:32:47 | A. We recruited members by calling them, |
| 8 | 09:32:50 | calling them on the telephone. We recruited members |
| 9 | 09:32:52 | in some cases by visiting offices. We recruited |
| 10 | 09:32:56 | members initially early on by using some of the |
| 11 | 09:33:00 | networks we had personally and had access to. So |
| 12 | 09:33:05 | all of the above. We recruited members through |
| 13 | 09:33:08 | attending events, those sorts of traditional means |
| 14 | 09:33:12 | of commercializing or selling to our market. |
| 15 | 09:33:16 | Q. When did Context obtain its first sponsor? |
| 16 | 09:33:25 | By that I mean a pharmaceutical company or some |
| 17 | 09:33:28 | other entity that was paying Context to show ads, |
| 18 | 09:33:38 | that sort of thing. |
| 19 | 09:33:40 | A. It was prior to 2008. |
| 20 | 09:33:42 | Q. Prior to 2008? |
| 21 | 09:33:43 | A. Prior to 2008. |
| 22 | 09:33:44 | Q. And do you recall who it was? |
| 23 | 09:33:48 | A. I do not recall exactly who the first |
| 24 | 09:33:52 | advertiser was. I know that the first few included |

Rishi Shah    March 12, 2014

Page 15

| | | |
|---|---|---|
| 1 | 09:34:00 | a medical supply company, but that is all that I |
| 2 | 09:34:04 | recall. |
| 3 | 09:34:05 | Q. Would the medical supply company have had |
| 4 | 09:34:09 | products that were relevant to the diabetes |
| 5 | 09:34:16 | patients? |
| 6 | 09:34:17 | A. Correct. |
| 7 | 09:34:21 | Q. How many practices did -- how many members |
| 8 | 09:34:28 | did Context have as of year-end 2008? |
| 9 | 09:34:37 | A. To the best of my recollection, Context had |
| 10 | 09:34:39 | approximately 600 or so members at the year-end of |
| 11 | 09:34:45 | 2008. Although it was a period of rapid growth. So |
| 12 | 09:34:51 | it may have been more or less than that as it was |
| 13 | 09:34:56 | not a static number. |
| 14 | 09:34:59 | Q. Were they all -- were all of the members in |
| 15 | 09:35:02 | the -- members in the DHN, the Diabetes Health |
| 16 | 09:35:05 | Network? |
| 17 | 09:35:06 | A. At that time, yes. |
| 18 | 09:35:09 | Q. And how many members did Context have at |
| 19 | 09:35:13 | year-end 2009? |
| 20 | 09:35:16 | A. I do not recall the number of members at |
| 21 | 09:35:19 | year-end 2009. |
| 22 | 09:35:20 | Q. Do you recall -- do you recall if it was |
| 23 | 09:35:22 | less or more than 600? |
| 24 | 09:35:24 | A. I believe it was more than 600. |