# In The Matter Of:

## Healthy Advice Network LLC.vs. Comtextmedia Inc.

_____

# *Michael Berning*

## *March 6, 2014*

_____

**MERRILL CORPORATION**

**LegaLink, Inc.**

311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION


HEALTHY ADVICE NETWORKS,      )
LLC,                          )
                              )
          Plaintiff,          )
                              )
          -vs-                )   No. 1:12-cv-00610
                              )
CONTEXTMEDIA, INC.,           )
                              )
          Defendant.          )



          Discovery deposition of MICHAEL BERNING,

taken before MARINA MOGILEVSKY, C.S.R., and Notary

Public, pursuant to the Federal Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, at 222 North

LaSalle Street, 25th Floor, in the City of Chicago,

Cook County, Illinois, at 5:00 o'clock p.m. on the 6th

day of March, 2014.



                    *  *  o  O  o  *  *

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 2

```
 1        There were present at the taking of this deposition

 2   the following counsel:

 3


 4
          FROST BROWN TODD, LLC by
 5        MR. GRANT S. COWAN
          3300 Great American Tower
 6        301 East Fourth Street
          Cincinnati, Ohio  45202
 7        (513) 651-6831
          gcowan@fbtlaw.com
 8
               appeared on behalf of the Plaintiff;
 9


10
          SIDLEY AUSTIN, LLP by
11        MR. RICHARD J. O'BRIEN
          Bank One Plaza
12        10 South Dearborn Street
          Chicago, Illinois 60603
13        (312) 853-7000
          robrien@sidley.com
14
               appeared on behalf of the Defendant.
15


16
     ALSO PRESENT:
17
          Mr. Manuj Lal
18


19


20


21                        *  *  o  O  o  *  *

22


23


24
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 3

```
  1                        DEPOSITION OF
                           Michael Berning
  2
                           March 06, 2014
  3

  4     EXAMINATION BY:                                PAGE

  5     Mr. Grant S. Cowan                           04, 51

  6     Mr. Richard J. O'Brien                           49

  7

  8                      * * * * * *

  9

 10                        EXHIBITS

 11                                                    PAGE

 12     Deposition Exhibit 60                            30
        (E-mail - Context Bates 0021233)
 13
        Deposition Exhibit 61                            31
 14     (E-mail - Context Bates 0021368)

 15     Deposition Exhibit 62                            32
        (E-mail - Context Bates 0005744)
 16
        Deposition Exhibit 63                            33
 17     (E-mail - Context Bates 0013337 - 0013341)

 18     Deposition Exhibit 64                            40
        (E-mail - Context Bates 0025527)
 19
        Deposition Exhibit 65                            41
 20     (E-mail - Context Bates 0042657 - 0042659)

 21     Deposition Exhibit 66                            42
        (E-mail - Context Bates 0042660 - 0042663)
 22

 23

 24                      * * * * * *
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

1              MICHAEL BERNING,

2    called as a witness herein, having been first duly

3    sworn, was examined and testified as follows:

4                   EXAMINATION

5                by Mr. Cowan:

6        MR. COWAN:  Q   Will you state your name, please.

7        A    My name is Michael E. Berning.

8        Q    And your address, Mr. Berning?

9        A    1624 West Division, Chicago, Illinois.

10       Q    We introduced ourselves earlier.  I'm Grant

11   Cowan.  I'm representing the plaintiff in this lawsuit

12   PatientPoint, or sometimes called HAN or Healthy Advice.

13   They're all really the same.  I'm here today to take

14   your deposition.

15           Have you ever given a deposition before?

16       A    Nope.

17       Q    All right.  The ground rules are pretty simple,

18   I think.

19           The first rule is to make sure you understand

20   my question.  If I ask you a question which is confusing

21   to you in any way, let me know.  And I'll be happy to

22   correct the problem.  Fair enough?

23       A    Fair enough.

24       Q    And the second rule is to answer, as you've been

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning     March 6, 2014

Page 5

```
 1    doing thus far, orally, as opposed to a nod of the head

 2    or an uh-huh, which is difficult for the court reporter

 3    to pick up.  Okay?

 4        A    Sure.

 5        Q    And then, finally, I don't think we're going to

 6    be here very long; but if you need to take a break, let

 7    me know.  And I'll work myself to a convenient stopping

 8    position.  Okay?

 9        A    Okay.

10        Q    Any reason why you don't believe you can testify

11    truthfully and honestly today?  And let me get to the

12    heart of that.  Are you on any medication that might

13    interfere with anything?

14        A    No, sir.

15        Q    Okay.  Did you do anything to prepare for

16    today's deposition?

17        A    I met with my counsel, Mr. O'Brien.

18        Q    Anything else?  Did you talk to anybody at

19    ContextMedia outside the presence of counsel?

20        A    No.

21        Q    When did you work for Context?

22        A    It would have been mid 2009 through

23    September 11th of 2012.

24        Q    Mid 2009 did you say?
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning     March 6, 2014

```
 1      A    Yeah.   I don't recall the exact starting date.

 2      Q    Okay.   To September --

 3      A    2012.

 4      Q    And why did you leave CM or Context?

 5      A    To travel with my wife for a couple years.   And

 6   I had been there for three-plus years, so.

 7           Well, not quite, but.

 8      Q    Was it an amicable parting?

 9      A    Yes.

10      Q    You weren't terminated or severed?

11      A    No.

12      Q    Do you still stay in touch with anyone from

13   Context?

14      A    Yes.

15      Q    Who?

16      A    Travis Kemp.

17      Q    Anyone else?

18      A    No.

19      Q    When was the last time you talked to Mr. Shah?

20      A    It would have been probably 9-10 of 2012.

21      Q    The same for Ms. Agarwal, if I'm pronouncing it

22   right?

23      A    I don't recall.

24      Q    Other than Mr. Kemp, have you maintained any
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 7

```
 1    sort of regular contact with anybody at Context since
 2    leaving there?
 3        A    No.
 4        Q    What was your title when you were with Context?
 5        A    Media operations manager.
 6        Q    And what were your duties and responsibilities
 7    as media operations manager?
 8        A    Make sure that the programming ran where it was
 9    supposed to run.  Making sure the ads played at the
10    duration -- or, excuse me, at the frequency they were
11    supposed to play within the loop.
12        Q    Anything else?
13        A    Creating some content.  Creating slides for our
14    members specific to their practices.
15        Q    I'll come back and kind of focus in on some of
16    these, but can you think of anything else that dealt
17    within the purview of your duties and responsibilities?
18        A    Yeah, that's it.
19        Q    Okay.  And were you the media operations manager
20    the entire time?
21        A    Yes.
22        Q    So your position or your title didn't change?
23        A    No.
24        Q    And were your duties and responsibilities
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 8

1   essentially the same from when you started to when you

2   left?

3        A    Yes.

4        Q    So kind of on a day-to-day basis or a

5   week-to-week basis in terms of programming, making sure

6   the programming was right, what did you do?  Just try to

7   explain that to me.

8        A    Well, 12 months a year, we had new programming

9   once a month.  I'd say two weeks out of each month I

10  would spend putting together our loops.  Member services

11  would occasionally submit a form, where I would create

12  informational slides for the practices.

13       Q    When member services gave you a form for you to

14  create an informational slide for the practices, would

15  that be a situation where they were asking you to create

16  a practice-specific slide?

17            Is that confusing to you?

18       A    Yes.

19       Q    Okay.  Under what circumstances would you

20  receive a request from member services to create a slide

21  for a practice?

22       A    A member would call member services.  They would

23  say, I would like information about ankylosing

24  spondylitis on our screens.

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 9

1     Q    And then how would you develop the slide for the

2  screen?

3     A    On most occasions, they'd submit their own

4  information to us.  On occasion, I think, I looked to

5  the marketing department.

6     Q    To provide the substance or the content?

7     A    Yes.

8     Q    When the practice actually provided the

9  information to Context, what format did you put it into

10 to send it back to them?  What was the slide?

11    A    It was a video format.  We used QuickTime H264

12 as our delivery format.  Generally, we didn't send it

13 back to them.

14    Q    You would -- The next time the loop was updated,

15 you would put it in the loop so that they'd then have

16 the updated content?

17    A    Yes.

18    Q    During the time you worked there, were any of

19 the -- was any of the content a static slide?  And by

20 that I mean, something that would look like a PowerPoint

21 slide?

22    A    Yes.

23    Q    And would that be true for DHN and RHN?

24    A    Yes.

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 10

1     Q    What percentage of a 90-minute loop was made up

2   of what I would refer to as a static slide, something

3   like a PowerPoint slide, if you can recall?

4     A    It would be very minimal.  I don't recall.  I

5   couldn't give you a percentage if I wanted to.

6     Q    Were you involved in creating any of the ads

7   that were played on the loop?

8     A    Yes.

9     Q    And who did you typically work with outside of

10  Context on that?

11    A    A brand manager at Novo Nordisk.

12    Q    Anyone else -- Well, let me strike that.

13         Were you involved in the development of any ad

14  content for any Context loops with anyone other than

15  Novo Nordisk?

16    A    I don't recall.

17    Q    When you created content for the loop, how did

18  you do that?  And I'm separating that from the ads.

19    A    Marketing would provide me with a sheet.  It's

20  generally information about various health states.  I

21  would license stock footage, stock images, to create the

22  actual visuals.

23    Q    How did you go about licensing that stock

24  footage?

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 11

```
 1      A    Various stock providers.
 2      Q    Was all of the content on the Context loops, at
 3   least during the time you worked there, licensed from
 4   third parties other than that which you developed
 5   yourself?
 6      A    I don't know.
 7      Q    Do you know who would know that?
 8      A    No.
 9      Q    Who did you report to?
10      A    For the bulk of the time I was there, nobody.
11   With the exception of the CEO.  The last six to eight
12   months, the CFO.
13      Q    All right.  So I'll try to read back to you what
14   I heard you to say.
15           For the bulk of the time you were there, did
16   you not have a direct report, somebody that you reported
17   to directly, or was it the CEO?
18      A    I didn't have a direct report.  He was the guy
19   that hired me, though.
20      Q    Mr. Shah?
21      A    Yes.
22      Q    All right.  So if you had to report anything or
23   if you had questions, would you typically go to
24   Mr. Shah?
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning      March 6, 2014

Page 12

```
 1      A    No.

 2      Q    That's a bad question.   It's too broad.

 3           So did you periodically meet with Mr. Shah

 4    during the time you worked there for him to give you

 5    suggestions or guidance on job performance?

 6      A    No.

 7      Q    You made reference to the CFO.  I assume that's

 8    Mr. Demas?

 9      A    Yes.

10      Q    So when Mr. Demas joined the company, then did

11    you have more of a reporting relationship with him as

12    opposed to Mr. Shah?

13      A    Yes.

14      Q    When you were there at Context, did Context ever

15    use content from any of its competitors for any of its

16    loops?

17      A    No.

18      Q    And I take it then that Context, at least when

19    you were there, to the best of your knowledge, never

20    used any content from Healthy Advice for any of its

21    loops; is that correct?

22      A    That is correct.

23      Q    During the time that you were with Context, did

24    you ever go to any physician's office to look at content
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 13

1    of any of Context's competitors?

2        A    No.

3        Q    Did you ever ask anybody to do that?

4        A    No.

5        Q    Do you know if anybody ever did?

6        A    I don't know.

7        Q    Did you learn at some point in time that Context

8    had developed what it refers to as a switch-out package

9    or a hassle-free switch-out package dealing with

10   competitor switch-outs?

11       A    Yes.

12       Q    And when did you learn of that?

13       A    I don't recall.

14       Q    Do you recall how you learned of it?

15       A    No.

16       Q    What did you know about the competitor

17   switch-out package or practice?

18       A    I remember it being spoken of as if you were

19   going to leave AT&T and go to Verizon, along those

20   lines.

21       Q    I'm not sure I understand.  So what do you mean?

22       A    If I'm not happy with AT&T and I find out that

23   Verizon has better service, although I might be locked

24   into a contract about AT&T, I would see if Verizon could

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 14

1    do anything to break that contract and allow me out of

2    their service.

3        Q    And who did you learn that from at Context?

4        A    I don't recall.

5        Q    Did you play any role in the development of any

6    forms or any written materials directed specifically to

7    the competitor switch-out process?

8        A    No.

9        Q    Do you know who did at Context?

10       A    No.

11       Q    During the time that you were with Context, do

12   you recall there being any particular emphasis within

13   Context on switching out HAN as opposed to other

14   competitors?

15       A    No.

16       Q    Are you aware that in or around December of 2010

17   a HAN player was removed from a practice and shipped to

18   Context offices?

19       A    Yes.

20       Q    And how did you become aware of that?

21       A    I recall seeing somebody's programming playing

22   in our office in Network Operations that wasn't ours.

23       Q    Before that moment when you saw someone's

24   content being played at Context's Network Operations'

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 15

```
 1   offices, were you aware that a player -- a HAN player

 2   was going to be coming to Context's offices?

 3       A   No.

 4       Q   Was your office in the same building as Network

 5   Operations?

 6       A   Yes.

 7       Q   And where is that?  Where was it at the time,

 8   where was it located?

 9       A   205 North Michigan.

10       Q   Okay.  Yeah, I'm asking for the address.

11       A   Yeah, 205 North Michigan.

12       Q   And when you said you saw someone else's content

13   playing in Network Operations, Network Operations is a

14   group within Context?

15       A   Yes.

16       Q   And is that Mr. Kemp's group?

17       A   Yes.

18       Q   Who else is in Network Operations?

19   MR. O'BRIEN:  Then or now?

20   MR. COWAN:  Q   I'm sorry.

21           Yeah, just focusing on --

22       A   Then?

23       Q   Yeah, December 2010.

24       A   At that time it would have been Mike Williams
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 16

1    and potentially Coppola.

2         Q    At that time -- and unless I tell you otherwise,

3    let's stay with this sort of December 2010 time frame --

4    what was Network Operations, what did they do?

5         A    Network Operations would work with the

6    installers out in the field to get the players and the

7    TVs installed.

8         Q    When you saw the content that you knew was not

9    Context playing in Network Operations, was it playing on

10   a monitor or a TV screen?

11        A    It was on a TV screen.

12        Q    And who was watching it?

13        A    Nobody was watching it.

14        Q    It was just playing?

15        A    Yeah.

16             Without getting into too much detail, Network

17   Operations is a wide open area of the office.

18        Q    Okay.

19        A    And in December of 2010, there was very few

20   employees, I believe, at ContextMedia.

21        Q    So describe for me the layout, the office

22   layout, if you will, at that time.

23        A    It's typical.

24             The bulk of the middle is made up of cubicles.

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 17

1    There's, I believe, three offices that face Michigan

2    Avenue, a conference room on the corner.  When you

3    enter, to the right against the far wall, there's two

4    offices.

5        Q    Whose were those two offices?

6        A    At that time, nobody.

7        Q    And then who had the offices that faced

8    Michigan?

9        A    Rishi, myself, Jim Demas, and Shradha sat

10   somewhere.  So maybe there was four offices there.

11       Q    And then within the main part or the interior

12   part of the floor space, you said there were cubicles?

13       A    Yes.

14       Q    And at that time, who sat in the cubicles?

15       A    Member services, of which there was probably one

16   person.

17       Q    Silvia?

18       A    That's correct.  And the sales guys.

19       Q    And then who were the sales guys at that time?

20       A    I don't recall.

21       Q    Was Matt Garms there at the time, do you recall?

22       A    I don't think so.

23            Can I take back I don't think so?  I don't

24   recall.

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 18

```
 1        Q    That's fair.

 2        MR. O'BRIEN:  You can change an answer at any time.

 3        THE WITNESS:  Oh, okay.

 4        MR. COWAN:  Q   Is Context still at those same

 5   offices, that same location?

 6        A    I don't know.

 7        Q    When you left sometime around September of 2012,

 8   were they still at that location?

 9        A    Yes.

10        Q    Still on the same floor?

11        A    Yes.

12        Q    About how many feet were the salespeople's

13   cubicles from Mr. Shah's office and Mr. Demas's office?

14        A    12 feet.

15        Q    And how high were the cubicles?

16        A    Taking a guess, I'd say 4 feet.

17        Q    When you worked there, did Mr. Shah typically

18   keep his door open?

19        A    Yes.

20        Q    Same with Mr. Demas?

21        A    Yes.

22        Q    Same with Ms. Agarwal?

23        A    Yes.

24        Q    How about you?
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 19

```
 1        A    Always.

 2        Q    Open door policy?

 3        A    Yes.

 4        Q    How often did you typically see Mr. Shah out on

 5   the floor near the salespeople on any given day?

 6        A    Rarely.

 7        Q    How about Mr. Demas?

 8        A    Rarely.

 9        Q    How about yourself?

10        A    Even more rarely.

11        Q    And how about Ms. Agarwal?

12        A    Never.

13        Q    How far was -- At that time, December of 2010,

14   how far was the Network Operations' area where the HAN

15   content was playing?

16        MR. O'BRIEN:  I'll object to the form.

17            You can answer.

18        MR. COWAN:  Q   Yeah, let me withdraw it.  That was

19   probably bad.

20            When you saw the content playing on the TV

21   screen in Network Operations in or around December of

22   2010, did you at that time determine whose content it

23   was?

24        A    No.
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 20

```
 1        Q    When did you determine that?  Or did you ever
 2   determine that?
 3        A    I don't recall.
 4        Q    You don't recall if you ever learned that the
 5   content was HAN's?
 6        A    I learned of it, but I don't recall at what
 7   point.
 8        Q    When you first saw whatever was playing in or
 9   around December 2010 on the TV screen in Network
10   Operations, about how far was that screen from Mr. Shah
11   and Mr. Demas's office?
12        A    I can't guess as far as feet, but it's the
13   complete opposite corner of the office.
14        Q    Okay.  At some point in time, did you actually
15   watch the video loop that we're talking about?
16        A    Yes.
17        Q    And did you watch it with Mr. Shah?
18        A    No.
19        Q    Did you watch it with anyone?
20        A    Mike Williams.
21        Q    At any time while you were watching the video
22   loop, did Mr. Shah come by to look at it?
23        A    Not that I recall.
24        Q    Mr. Demas?
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 21

```
1        A    Not that I recall.

2        Q    And Ms. Agarwal?

3        A    Not that I recall.

4        Q    When you and Mr. Williams watched it, was it on

5   the same day that you first observed the content?

6        A    I don't recall.

7        Q    And what did you discuss with Mr. Williams as to

8   what you were watching?

9        A    Mike wasn't actually watching it.  I remember

10  asking what it was.  I don't recall what was said.  I

11  don't remember specifics of the conversation.

12       Q    You remember asking what it was, but you don't

13  recall what was said?

14       A    No.

15       Q    Did you ask that question of Mr. Williams?

16       A    Yes.

17       Q    And you said he wasn't watching it.  What was he

18  doing?

19       A    He was facing his computer monitor, I think, as

20  usual.  And I'll give a little bit additional.

21            I recall saying; when this is playing, let me

22  know.  I'd like to see it.  And I went back to my

23  office.

24       Q    What caused you to ask him to alert you when it
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning     March 6, 2014

Page 22

1    was playing?  What was it about it that you wanted to

2    see?

3        A    It wasn't our content.

4        Q    Were you able to tell fairly quickly by looking

5    at it that it was Healthy Advice content?

6        A    Yeah.  Within a millisecond, yeah.

7        Q    Because it says Healthy Advice?

8        A    Oh, excuse me.  I'd like to take that back.

9            Not that it was Healthy Advice, just that it

10   was content that was -- I hadn't seen it before, and I'm

11   the content manager.

12       Q    But doesn't the Healthy Advice loop indicate on

13   the loop that it's Healthy Advice content at some point?

14       A    At some point.

15       Q    Do you recall how long the loop was -- Let me

16   strike that.

17           So I'm a little confused about the conversation

18   you had with Mr. Williams where you said when this is

19   playing again, let me know.

20           Had it stopped playing?

21       A    Yeah.  I mean, there is numerous resets, which

22   is common.

23       Q    Numerous what?

24       A    Player resets.

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning     March 6, 2014

Page 23

```
 1        Q    What's that?

 2        A    Digital players, when they're hooked up, if they

 3   don't have a network signal, my understanding is that

 4   there's resets.  It was a consistent problem with

 5   members out in the field as well.

 6        Q    With members out in the field with respect to

 7   the HAN player or with everyone's?

 8        A    With respect to ContextMedia's players.

 9             And, generally, member services would ask me

10   what's going on, and I would have to get in the middle

11   between member services and Network Operations.  It was

12   frequent.

13        Q    And what did you determine was the issue?

14        A    No idea.  It's Network Operations'

15   responsibility.  I just put the content on there.

16        Q    All right.  So at some point did Mr. Williams

17   call you or alert you that it was playing again?

18        A    He must have.

19        Q    And what do you recall about your observations

20   at that time?

21        A    The quality of the programming?

22        Q    Sure.

23        A    It seemed like a relic of the late '90s.  It was

24   amateur-ish and devoid of much information.
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 24

```
 1      Q    Did you discuss with anyone at Context the idea

 2   of recording, video recording the HAN loop?

 3      A    No.

 4      Q    Did you do so?

 5      A    Yes.

 6      Q    Did you video record it?

 7      A    Yes.

 8      Q    Why did you do that?

 9      A    As somebody in the digital home space,

10   developing health care for people sitting in waiting

11   rooms, I have no idea what anybody else is looking at.

12   So it was in my interest to see how we were doing.

13           And seeing that programming made me feel like I

14   was doing a pretty good job.

15      Q    Seeing the HAN programming as compared to what

16   you were doing, you felt Context was doing a pretty good

17   job?

18      A    Yes.

19      Q    Why was there a need -- If the HAN content was a

20   relic of the '90s and outdated, why was there a need to

21   video it?

22      A    I didn't stand there and watch it.  I was just

23   videotaping it.  I had other things to do in the office.

24   It was for a record for myself.
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 25

1        Q    Right.  Why did you want a record of it for

2    yourself?

3        A    As a reference of what else is out there for

4    health care programming.

5        Q    And why was it -- Why did you feel that it would

6    be helpful to have a reference of what else was out

7    there for health care programming?

8        A    When I worked at a political consulting firm, I

9    wanted to see everybody else's spots from any other

10   shops.  And this was the same exact thing.

11       Q    How did you do that at the political consulting

12   firm?

13       A    YouTube.

14       Q    Did you have any discussions with anybody at

15   Context about why it was that a HAN player was in

16   Context's offices?

17       A    Not that I recall.

18       Q    That did not strike you as the least bit odd?

19       A    I mean, it would be an assumption.  But it would

20   go along with the switch-out program, right?

21            Or it was my assumption.

22       Q    Are you aware that Context took an image of the

23   hard drive of the HAN player?

24       A    Yes.

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 26

1       Q    And how are you aware of that?

2       A    Through an e-mail I recently saw.

3       Q    Did you have any discussions at any time with

4    anyone at Context about the imaging of the HAN hard

5    drive?

6       A    No.

7       Q    Do you know who did the imaging of the HAN hard

8    drive?

9       A    Mike Williams.

10      Q    How do you know that?

11      A    Because he's like the only one in the office

12   that knows what a disk image is.

13      Q    Do you know how it is that he imaged the HAN

14   hard drive?

15      A    No.

16      Q    Did he ever discuss with you at any time ever

17   utilizing a tool called image for Linux?

18      A    No.

19      Q    Are you familiar with that tool?

20      A    No.

21      Q    So other than the e-mail that you saw that

22   referenced the image of the HAN hard drive, did you have

23   any other discussions, any other communications, oral or

24   written, with anybody at Context about the HAN hard

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 27

1    drive or the Context image of that hard drive?

2         A    Not that I recall.

3         Q    Did you ever look at any of the content of the

4    hard drive?

5         A    No.

6         Q    Do you know if anybody else at Context did?

7         A    No.  And for no I mean I don't know.

8         Q    Did you have any discussions at any time with

9    Mr. Shah about the video loop that you recorded of the

10   HAN -- I'm sorry.

11           Did you have any discussions with Mr. Shah at

12   any time regarding the video recording of the HAN loop

13   you made?

14        A    Not that I recall.

15        Q    When you learned that Context had made an image

16   of the HAN hard drive, did that cause you any concern?

17        A    No.

18        Q    Do you have any idea what's on the HAN hard

19   drive?

20        A    Player software.

21        Q    Do you, as you sit here today, know whether or

22   not there's any HAN intellectual property on the HAN

23   hard drive?

24        MR. O'BRIEN:  I'll object to the form.

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 28

```
 1          You can answer.

 2      THE WITNESS:  No.

 3      MR. COWAN:  Q   Do you know whether or not there's

 4   any confidential information on the HAN hard drive?

 5      A   I don't know.

 6      Q   Did you -- When you watched the HAN loop, was it

 7   just one loop, meaning one 30-minute loop that you

 8   recorded?

 9      A   Yes.

10      Q   There weren't multiple iterations or different

11   loops that you saw?

12      A   No.

13      Q   Did you ever hear anyone at Context express any

14   concerns about the fact that Context had imaged the HAN

15   hard drive?

16      A   No.

17      Q   After you took the video of the HAN loop, what

18   did you do with the video?

19      A   Stored it locally on my hard drive.

20      Q   How did you do that?

21      A   It came from a digital camera.  So it was an

22   MPEG-4 file.

23      Q   And did you do anything with the video that you

24   stored locally on your computer?
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 29

1       A    At some point I put it up onto the server.

2       Q    Do you recall when?

3       A    Not when, no.

4       Q    Do you have any approximation as to how long

5    after you recorded the loop that you put it up on the

6    server?

7       A    I don't recall.

8       Q    Did anyone ask you to put the video onto the

9    server?

10      A    Marketing did, yes.

11      Q    And who's marketing?

12      A    At the time it would have been Jeana and Darcy.

13      Q    Jeana Loewe?

14      A    Yes.

15      Q    Did they both ask you or did one of them ask

16   you?

17      A    It would have been Darcy who would have asked

18   me.

19      Q    And what did Darcy ask you to do?

20      A    Make it available to marketing.

21      Q    And how did you make it available to marketing?

22      A    I copied the MPEG-4 file onto the server into

23   the marketing folder.

24      Q    When you watched the 30-minute HAN loop, were

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning      March 6, 2014

Page 30

1    you able to tell how much of that 30 minutes was

2    advertising?

3        A    Not offhand.

4        Q    What do you mean by not offhand?

5        A    I didn't have a stopwatch with me.

6        Q    Okay.  That's what I thought you meant.

7        A    Okay.

8        Q    So if someone was watching the 30-minute loop,

9    the HAN loop, and had a stopwatch or a watch that has a

10   chronograph or a phone that has a stopwatch on it, they

11   would be able to determine how much of the 30 minutes

12   was advertising?

13       A    Yes.

14       Q    It would be very simple?

15       A    Yes.

16       Q    Did anyone at ContextMedia, other than you, to

17   your knowledge, look at the loop that you had recorded?

18       A    Not to my knowledge.

19       Q    Do you recall whether or not new salespeople at

20   Context were ever asked to review that video loop?

21       A    I don't know.

22       Q    I'm going to show you a few documents, and then

23   we'll be done.

24            (Exhibit 60 marked as requested.)

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 31

1        MR. COWAN:  Q   I've handed you what we've marked as

2    Plaintiff's Exhibit 60.  Take a minute and look at that,

3    and tell me if you recall that e-mail.

4        A   I don't recall that e-mail.

5        Q   Down at the bottom there's an e-mail from Elina

6    Yankovich --

7        A   I don't think we're looking at the same

8    document.

9        Q   Okay.  I've got the wrong document then, sorry.

10            So P60 should be an e-mail from you to

11    Ms. Agarwal dated October 14th of 2010, correct?

12        A   Correct.

13        Q   But you don't recall this e-mail?

14        A   No.

15        Q   Do you recall what screen gallery is?

16        A   No.

17        Q   What about PS'd, do you know what that stands

18    for?

19        A   I don't.

20        MR. COWAN:  Okay.  Let's go ahead and mark that 61.

21            (Exhibit 61 marked as requested.)

22        MR. COWAN:  Q   Take a minute and look at Exhibit

23    P61, and see if that's an e-mail that you're familiar

24    with.

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning     March 6, 2014

Page 32

```
 1        A    Okay.

 2        Q    Do you have any recollection of this e-mail or

 3   the subject?

 4        A    No.

 5        Q    And I don't know if I'm reading it right or

 6   pronouncing it right, Elina Yankovich with

 7   hyperspacedigital.com, is that familiar to you at all?

 8        A    No.

 9        MR. COWAN:  All right.  P62, I think.

10             (Exhibit 62 marked as requested.)

11        MR. COWAN:   Q    Take a minute and look at Exhibit

12   P62, which is an e-mail -- it's an e-mail thread, but at

13   the top it's from Mr. Williams to Mr. Shah and to you

14   dated January 6th of 2011.

15             Are you familiar with this e-mail?

16        A    I am familiar with it.

17        Q    And I take it this is the e-mail that you

18   referenced earlier in your testimony where you said this

19   is how you learned that Context had taken an image or

20   made an image of the HAN hard drive?

21        A    That is correct.

22        Q    And your e-mail that is earlier in the string

23   indicates what I think you've talked to us about

24   earlier, about putting a video of the HAN loop up on the
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 33

```
 1   server.  Is that fair?

 2       A   That's fair.

 3       Q   I think I understand your last paragraph, but I

 4   want to make sure.

 5           It says we have the Healthy Advice loop, paren,

 6   shot off the screen with the Flip camera.  That's

 7   actually you sitting with a Flip camera and recording

 8   what you were watching on the screen, correct?

 9       A   I didn't sit with a Flip camera or while it

10   recorded.

11       Q   Okay.  You actually put some sort of a video

12   recorder on a stand or a pod?

13       A   No.  It was on a chair, I believe.

14       Q   Okay.  And then two of their promo videos, do

15   you know what that's referring to?

16       A   I don't.

17       Q   And then you say, we also now have the loop

18   pulled from the WRP, Waiting Room Promotions, website.

19   Is that something separate from HAN, WRP?

20       A   I don't know.

21       Q   You just don't recall at this point?

22       A   I don't recall at this point.

23           (Exhibit 63 marked as requested.)

24       MR. COWAN:  Q   I've handed you what we've marked as
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning     March 6, 2014

Page 34

```
 1    Plaintiff's Exhibit 63.  It starts with -- at least the

 2    top of the page, the first page, is an e-mail from

 3    Silvia Velazquez to herself Monday, January 24th, 2011.

 4    But the first sort of original message is from Mr. Shah

 5    to you January 21, 2011.

 6              Take a minute and just review that e-mail

 7    string to yourself.  I've got a few questions about it.

 8              And the first question I'll have for you,

 9    Mr. Berning, is just simply whether or not you recall

10    this.

11        A    I don't recall this e-mail.

12        Q    Okay.  Let me just ask you a few questions.

13              On the page -- We've got what attorneys refer

14    to as Bates numbers.  So down in the lower right-hand

15    corner of the page, it'll say Context PROD.  Do you see

16    that?

17        A    Yes.

18        Q    So if you could look at the page that's marked

19    13339, which is essentially the third page.

20              And in Ms. Velazquez's e-mail that's on

21    January 19th, 2011, the second full paragraph, she says

22    most of our programming now requires the volume to be

23    turned up.  Do you see that?

24        A    Yep.
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 35

```
 1        Q    And then she asks, a couple more sentences in;

 2   for example, adding more information in the form of

 3   PowerPoint slides so that patients can read it and it

 4   not require volume.  Similar to Healthy Advice, for

 5   example.

 6             Do you recall doing that for any of Context's

 7   content at any time after this e-mail?  And by that I

 8   mean adding more PowerPoint slides to Context content.

 9        A    I'd need clarity, because a PowerPoint slide

10   isn't video.

11             So, no, we never used slides.

12        Q    Did you use anything that was static and

13   non-video after this time?  Did you add anything like

14   that to the content?

15        A    I don't recall.

16        Q    You could have, you just don't recall?

17        A    Yeah, could have.

18        Q    There's a reference in Mr. Shah's e-mail that I

19   think comes after Silvia's e-mail.  So it's on the page

20   13338, down at the bottom.  The last paragraph that's on

21   that page.

22             He says, I would tender that we can create a

23   program that's appropriate for such an E-N-V-I-R, which

24   I assume is environment, either through motion graphics,
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 36

```
 1    closed captioning, or some combination.  Do you see
 2    that?
 3        A    Yeah.
 4        Q    What is motion graphics?
 5        A    Motion graphics would be animated logos, type
 6    treatments that move.
 7        Q    I'm sorry, I missed that.  Tight treatments?
 8        A    Type treatments.
 9             When you turn on sports or baseball game or
10    whatever, all the stuff that leads into the actual
11    programming.
12        Q    All right.  Then in your e-mail to Mr. Shah
13    that's on the first page, Bates number 13337, on
14    January 20th of 2011, in the second full sentence of
15    your e-mail you say:
16             The idea here is to work up some Healthy
17    Advice-esque motion graphics treatments to help fill out
18    the loop, as our library is limited.  And I was
19    struggling to create a 90-minute loop that was fresh.
20             What do you mean there when you say Healthy
21    Advice-esque motion graphics treatments?
22        A    I think you can cut the word Healthy
23    Advice-esque out, and just leave it at motion graphics.
24    Meaning visual information that needs no audio.
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 37

```
 1        Q    Why would I cut the words Healthy Advice-esque

 2   out if those are your words?

 3        A    Why would you cut it out?

 4        Q    Yeah.

 5             I mean, you said you would cut out the words

 6   Healthy Advice-esque.

 7        A    I would cut them out, specifically now, because

 8   I wouldn't compare what I did to Healthy Advice.

 9        Q    What is it that you did?

10        A    I think I had a better eye for design than what

11   I saw on their screen.

12        Q    No, I got it.  But what is it that you actually

13   did with respect to motion graphics?

14        A    I developed content that was readable as opposed

15   to hearable.

16        Q    To fill up the 90 minutes?

17        A    That's correct.

18        Q    And what did you do with that content that you

19   developed that was readable to fill up the 90 minutes?

20   What did you do with it, did you put it in the loop?

21        A    I'm sure it was reviewed; but yes, after it was

22   reviewed and okayed.

23        Q    Do you recall what it was that you -- what the

24   content was?
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 38

1    A    I don't.

2    Q    You say, I can see a version of the loop with

3    some content being slide format style where volume

4    wouldn't matter.

5         Did you create that?

6    A    Can you repeat that?

7    Q    You say in the next sentence there in your

8    e-mail, I can see a version of the loop with some

9    content being slide format style where volume wouldn't

10   matter.  Except for our network's sponsor, where audio

11   is key to the delivery of their message.

12        Did you create what you saw as a version or

13   content being slide format style?

14   A    I did.

15   Q    And did that find its way into the 90-minute

16   loop that was provided to members, practices?

17   A    Yes.

18   Q    Then you say:  That said, if the sponsor is on

19   board with running their ad on mute, or using an

20   alternate version of their ad for this sans-sound-loop,

21   paren, i.e. slides with their messaging and disclaimers,

22   et cetera, that are compliant with any regulations a'la

23   the sponsors on Healthy Advice, then great.

24        What do you mean by a'la the sponsors on

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 39

1    Healthy Advice?

2        A    I don't recall.

3        Q    All right.  Mr. Shah responded to you, and he

4    says:  I think your motion graphics idea is the one to

5    pursue.

6            I take it that after Mr. Shah told you that,

7    that's when you pursued the motion graphics idea that

8    we've talked about?

9        A    I don't recall, but most likely.

10       Q    You'll see in the last paragraph of Mr. Shah's

11   e-mail there he says:  Let's see if the office will take

12   a system at no volume.  If so, it may give us the

13   opportunity to develop such a service and add it to our

14   portfolio of offerings, as I suspect there is adequate

15   demand from a number of offices I've seen that are

16   concerned about audio.

17           Did Context develop a no-audio format and

18   no-audio loop at any time while you were there?

19       A    Yes.

20       Q    How soon after this e-mail was that done?

21       A    It would have been in early 2012, I would guess.

22       Q    So a year later?

23       A    Yeah.

24       Q    Do you recall what it is that -- Was there any

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 40

1    precipitating event or precipitating factor that you're

2    aware of that caused Context to develop a no-audio loop

3    in early 2012?

4         A    It was a request from Silvia.  And at that point

5    they were -- you know, we were developing new networks.

6    So to have another loop offering.

7         Q    Do you recall, was that for the RHN, the

8    rheumatoid network, or some other network?

9         A    Yes, RHN.

10             (Exhibit 64 marked as requested.)

11    MR. COWAN:  Q   Mr. Berning, I've handed you what

12    we've marked as Plaintiff's Exhibit 64.  It's an e-mail

13    from Ms. Velazquez dated April 14th of 2011 to Mr. Shah

14    and a number of other people, including yourself.  The

15    subject is RHN - 30,106 - Member Feedback.

16             Take a minute and just read that to yourself,

17    if you would.  I'll just have a few questions about it.

18         A    Yep.

19         Q    Do you have any recollection of this e-mail or

20    the subject matter of it?

21         A    No.

22         Q    Okay.  Then let me just ask you.

23             In the e-mail there's four bullet points.  The

24    third bullet point, about the middle of the way through,

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 41

```
 1    Ms. Velazquez -- And Ms. Velazquez here, as you

 2    understand it, is referring to a conversation she had

 3    with someone in the office that had a HAN player but was

 4    being switched out.  Is that fair?

 5        A    That's fair, yeah.

 6        Q    And then what Ms. Velazquez is saying in that

 7    third bullet point, about halfway through she said:

 8             Regardless, she, and referring to the person at

 9    the practice, sounded very interested in our development

10    of the silent loop.

11             As you sit here today, does this help refresh

12    your recollection as to whether Context was in the

13    process of developing a silent loop at or around this

14    time?

15        A    April 14th of 2011?

16        Q    Yes.

17        A    No.

18        Q    Okay.  Who at Context was primarily responsible

19    for the development of the silent loop content?

20        A    Marketing and member services.

21             (Exhibit 65 marked as requested.)

22        MR. COWAN:  Q   Plaintiff's 65 is an e-mail string

23    that starts with an e-mail from Mr. Shah to you on

24    May 2nd, 2012.  The subject is meeting with Steven
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 42

```
 1   Jackson at Pfizer May 9th.  Re:  RHN exam rooms.

 2           Take a minute and just read this to yourself,

 3   and I'll have a few questions about it.

 4       A   Yep.

 5       Q   Do you have any recollection of this e-mail or

 6   the subject matter?

 7       A   No.

 8       Q   Do you recall working on developing an exam room

 9   strategy for Context while you were there?

10       A   No.

11       Q   Do you have any recollection of others within

12   Context having been involved in the development of an

13   exam room offering while you were there?

14       A   No.

15       Q   Do you have any recollection, as you sit here

16   today, what, if anything, you did in response to

17   Mr. Shah's request that's set forth in P65?

18       A   No.

19           (Exhibit 66 marked as requested.)

20   MR. COWAN:  Q   Exhibit P66 is an e-mail from you to

21   Mr. Shah May 2nd of 2012.  I think it's a follow-on to

22   the e-mails that we looked at before.

23           Take a minute and just read the first page, if

24   you don't mind, because I think the rest is probably
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning     March 6, 2014

Page 43

1   duplicative of what you saw before.

2       A   Okay.

3       Q   Are you familiar with this e-mail?

4       A   Yes.

5       Q   Having looked at this e-mail, does this help

6   refresh your recollection as to what it is that you did

7   in follow-on to Mr. Shah's request?

8       A   No.

9       Q   Does it appear as if -- Okay.  Let's just take a

10  look at the first sentence.

11          You say:  Hi Rishi, after taking a look at the

12  HAN loop we caught, here is a breakdown and linked

13  visual references of each of the three ads that were

14  playing; Humira, Singulair, and Uloric.

15          I take it what you're referring to there, when

16  you say the HAN loop we caught, is the recording of the

17  video that we've talked about earlier?

18      A   Yes.

19      Q   So at least as best you read this, do you

20  believe that what you did is you went back and looked at

21  that recording to prepare the information that you have

22  here for Mr. Shah?

23      A   Can you repeat that?

24      Q   If it was confusing, I'll reword it.  If you

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 44

```
 1   just want --

 2      A    Yes.

 3      Q    It was confusing?

 4      A    Yes.

 5      Q    Okay.  Looking at the content of your e-mail,

 6   the description of the Humira, Singulair, and the Uloric

 7   ads, do you believe, looking at this, that what you did

 8   is you went back and looked at the HAN loop that you had

 9   recorded that was stored on the server in order to get

10   this information?

11      A    I must have.

12      Q    But as you sit here today, you just have no

13   independent recollection of doing that?

14      A    I've worked at ad agencies.  I mean, this is --

15   Do I recall sitting there and doing this and do I recall

16   Rishi asking me to do this, no.

17      Q    Okay.  Do you have any recollection of -- Well,

18   let me strike that.

19           If you didn't have access to the HAN recording

20   that you made, would you have been able to provide this

21   information to Mr. Shah relative to the HAN content?

22      A    I wouldn't have been able to, no.

23      Q    And I don't want to belabor the point.  So let

24   me just ask it, so I can close the loop here.
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 45

```
 1          Do you have any recollection of how long it
 2   took you to get this information?
 3       A   I don't have any recollection of that, no.
 4       MR. COWAN:  Can we take a break and let me just talk
 5   to Manuj here?
 6       MR. O'BRIEN:  Sure.
 7          (discussion had off the record.)
 8       MR. COWAN:  Q   I've got a few more questions.
 9       A   Sure.
10       Q   So starting when you started there in 2009, how
11   was the content delivered to the offices, to the
12   practices?
13       A   Oh, to our members?
14       Q   Yeah.
15       A   It was digital distribution.
16       Q   What's that mean?
17       A   We would use a content management system.
18   Specifically, it's BroadSign.
19          They have software that -- I had a local
20   application.  I would upload things to some server.  And
21   I could tell these different content pieces what screens
22   to touch and when and how often.
23       Q   And who was that that provided that service?
24       A   BroadSign.  It's a Canadian company.  And it's a
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 46

```
 1   digital signage content management system.
 2       Q    Did how you delivered the content change at all
 3   over the period that you worked there?
 4       A    In regards to scheduling ads, ad campaigns.
 5       Q    But, I mean, did you continue to use BroadSign
 6   the entire time you were there?
 7       A    Yes.
 8       Q    Was Context able to communicate with the various
 9   practices remotely in order to make changes to
10   content --
11       A    Yes.
12       Q    -- that was at the offices remotely?
13       A    Uh-huh.
14       Q    How did you do that?
15       A    Well, the player is connected to a network.  The
16   player reaches out to the network X amount of times per
17   24 hours.  If I had scheduled something to that player,
18   the next time it touches the network, it says, oh, you
19   need to play this.
20       Q    And do you know -- When you worked there, did
21   you have an understanding of what software was utilized
22   by the Context player?  The operating system, how it
23   worked?
24       A    Oh, no.
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 47

```
 1            I know what the operating system was.  It was
 2   Ubuntu, which is Linux based.
 3       Q   Okay.  But in terms of describing the make up of
 4   the Context CPU, you know, what made it run, how it ran,
 5   do you know any of that information?
 6       A   No.
 7       Q   Is that a Mike Williams question?
 8       A   Yes.
 9       Q   Do you know whether or not there were any
10   changes to the Context CPU and how it functioned, how it
11   performed, during the time you worked there?
12       A   I don't know.
13       Q   What was your experience before you got to
14   Context in developing digital operating systems for TV
15   screens?
16       A   You mean digital content?
17       Q   Yeah, digital content.
18       A   None.  I'd been in broadcast prior to that.
19       Q   And how did you learn how to build digital
20   operating systems for digital content for screens when
21   you were at Context?
22       A   Can you reword that?
23       Q   Sure.
24            I think what you said is, you were in broadcast
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning     March 6, 2014

Page 48

1    before you joined Context, correct?

2        A    Correct.

3        Q    And, therefore, you didn't have any experience

4    in developing digital content for use on -- as you do at

5    Context.

6            Is that still confusing?

7        A    No.

8            Are you asking how did I learn what I did at

9    Context?

10       Q    Yes.

11       A    Trial and error.

12       Q    When you worked at Context, did you hold any

13   stock or were you given any stock in the company?

14       A    I wasn't.

15       Q    And do you have any at this time?

16       A    No.

17       Q    But in terms of just -- And I don't want to

18   rehash anything, but in terms of whatever software

19   that's in the Context CPU, any software that it uses to

20   either compress content, that sort of thing, do you have

21   any knowledge of that?

22       A    No.

23       Q    Did you play a role in developing any of that?

24       A    No.

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 49

1      MR. COWAN:  I think we're good.  Thank you very

2  much, sir.

3      THE WITNESS:  Thank you.

4                     EXAMINATION

5                     by Mr. O'Brien:

6      MR. O'BRIEN:  Q   Mr. Berning, before you ever saw

7  the HAN loop, didn't you on occasion create slide-like

8  content for ContextMedia?

9      A   Yes.

10     Q   And how much content did ContextMedia have,

11  approximately?

12     A   Easily, 4 terabytes.  That's compressed video.

13  If not upwards of 8.

14     Q   And each member practice doesn't get the same

15  loop, right?

16     A   No.

17     Q   They're customized by region of the country, by

18  condition, and a whole bunch of other factors?

19     A   That's correct.

20     Q   And it's changed every month?

21     A   If not more than that, yes.

22     Q   And pull out Plaintiff's 63, please, again.

23         Do you recall this document?

24     A   Yes.

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 50

```
 1      Q    And I believe you testified, after some

 2 questions about this document, that in response to this

 3 activity, you created some more slide-like content?

 4      A    Yes.

 5      Q    And wasn't that slide-like content for this

 6 specific physician?

 7      A    Yes.

 8      Q    So it's not distributed to all the members?

 9      A    No.

10      Q    And I think you testified to this, too.  But

11 just to be sure, you never copied any HAN content?

12      A    No.

13      Q    Were you pausing over the fact that you made

14 that video loop?

15      A    Yes.

16      Q    Okay.  But you never copied any HAN content in

17 order to create ContextMedia content?

18      A    Define copy.

19      Q    You never looked at HAN content to make

20 something like it for ContextMedia?

21      A    No.

22      Q    And you never made an actual copy of HAN content

23 and then put it in a loop for ContextMedia?

24      A    No.
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 51

```
 1          MR. O'BRIEN:  I have nothing further.
 2                    FURTHER EXAMINATION
 3                      by Mr. Cowan:
 4          MR. COWAN:  Q   I may have asked you this.  And if I
 5     did, I apologize.
 6              Do you have any recollection as to how many
 7     times you looked at the HAN video loop while you were at
 8     Context?
 9          A    No.
10          Q    Was it more than a handful?
11          A    Less than a handful.
12          MR. COWAN:  That's all I have.
13          MR. O'BRIEN:  Signature reserved.
14
15
16                    *   *   o   O   o   *   *
17
18
19
20
21
22
23
24
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning      March 6, 2014

Page 52

1    STATE OF ILLINOIS  )

2                       )  ss:

3    COUNTY OF C O O K  )

4

5

6           The within and foregoing deposition of the

7    aforementioned witness was taken before MARINA

8    MOGILEVSKY, C.S.R., and Notary Public, at the place,

9    date and time aforementioned.

10          There were present during the taking of the

11   deposition the previously named counsel.

12          The said witness was first duly sworn and was

13   then examined upon oral interrogatories; the questions

14   and answers were taken down in shorthand by the

15   'undersigned, acting as stenographer and Notary Public;

16   and the within and foregoing is a true, accurate and

17   complete record of all of the questions asked of and

18   answers made by the aforementioned witness, at the time

19   and place hereinabove referred to.

20          The signature of the witness was not waived,

21   and the deposition was submitted, pursuant to

22   Rules 30 (e) and 32 (d) of the Rules of Civil Procedure

23   for the United States District Court, to the deponent

24   per copy of the attached letter.

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 53

1          The undersigned is not interested in the

2     within case, nor of kin or counsel to any of the

3     parties.

4          Witness my official signature and seal as

5     Notary Public in and for Cook County, Illinois, on

6     this _____ day of _____, _____.

7

8

9

10

11                        _____

                          MARINA MOGILEVSKY, C.S.R.,
12                        CSR No. 084-004103
                          311 South Wacker Drive
13                        Suite 300
                          Chicago, Illinois 60606
14                        Phone:  (312) 386-2000

15

16

17

18

19

20

21

22

23

24

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 54

```
 1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF OHIO
 2                        WESTERN DIVISION

 3
      HEALTHY ADVICE NETWORKS,      )
 4    LLC,                          )
                                    )
 5                    Plaintiff,    )
                                    )
 6             -vs-                 )  No. 1:12-CV-00610
                                    )
 7    CONTEXTMEDIA, INC.,           )
                                    )
 8                    Defendant.    )

 9

10

11              I, MICHAEL BERNING, being first duly sworn,

12    on oath say that I am the deponent in the aforesaid

13    deposition taken on March 6th, 2014; that I have read

14    the foregoing transcript of my deposition, consisting

15    of Pages 1 through 54.

16

17                          _____

18                              MICHAEL BERNING

19

20    SUBSCRIBED AND SWORN TO
      before me this _____ day
21    of _____, A.D. 2014.

22    _____

23         Notary Public

24
```

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

MERRILL LEGAL SOLUTIONS
311 South Wacker Drive -  Suite 300
Chicago, Illinois 60606
(312) 386-2000


March 10, 2014


Mr. Michael Berning
c/o Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois  60603
ATTN:  Mr. Richard J. O'Brien

                RE:  Healthy Advice Networks vs ContextMedia,
                     Inc. - Case No. 1:12-cv-00610
                DEP:  Mr. Michael Berning (taken 3-6-14)


Dear Mr. O'Brien:


The above referenced deposition has been transcribed and
is ready for review, pursuant to the Rules of Court.

Please contact our office at your earliest convenience
for an appointment to review the deposition transcript
or you may contact counsel for a copy of the transcript
for your review.

Upon failure to comply within 30 days, we shall forward
an appropriate affidavit of noncompliance to counsel
without further notice.



                          Very truly yours,


                          _____
                          MERRILL CORPORATION


cc:  Mr. Grant S. Cowan (Frost Brown)      Inv. MM219643

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

CASE:   Healthy Advice Networks vs ContextMedia

DEPONENT:  MICHAEL BERNING        DATE:  03-06-14

PAGE  LINE                    ERRATA SHEET

_____  _____      CHANGE:  _____

_____  _____      REASON:  _____

_____  _____      CHANGE:  _____

_____  _____      REASON:  _____

_____  _____      CHANGE:  _____

_____  _____      REASON:  _____

_____  _____      CHANGE:  _____

_____  _____      REASON:  _____

_____  _____      CHANGE:  _____

_____  _____      REASON:  _____

_____  _____      CHANGE:  _____

_____  _____      REASON:  _____

_____  _____      CHANGE:  _____

_____  _____      REASON:  _____

_____  _____      CHANGE:  _____

_____  _____      CHANGE:  _____

_____  _____      REASON:  _____

_____  _____      REASON:  _____

(signed)  _____  DATE  _____

Reporter:  MARINA MOGILEVSKY, C.S.R.,

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

## A

**able** 22:4 30:1,11 44:20,22 46:8
**access** 44:19
**accurate** 52:16
**acting** 52:15
**activity** 50:3
**actual** 10:22 36:10 50:22
**ad** 10:13 38:19,20 44:14 46:4
**add** 35:13 39:13
**adding** 35:2,8
**additional** 21:20
**address** 4:8 15:10
**adequate** 39:14
**ads** 7:9 10:6,18 43:13 44:7 46:4
**advertising** 30:2,12
**Advice** 1:3 4:12 12:20 22:5,7,9,12,13 33:5 35:4 37:8 38:23 39:1 54:3 55:9 56:1
**Advice-esque** 36:17,21 36:23 37:1,6
**affidavit** 55:17
**aforementioned** 52:7,9 52:18
**aforesaid** 54:12
**Agarwal** 6:21 18:22 19:11 21:2 31:11
**agencies** 44:14
**ahead** 31:20
**alert** 21:24 23:17
**allow** 14:1
**alternate** 38:20
**amateur-ish** 23:24
**American** 2:5
**amicable** 6:8
**amount** 46:16
**animated** 36:5
**ankylosing** 8:23
**answer** 4:24 18:2 19:17 28:1
**answers** 52:14,18

## B

**anybody** 5:18 7:1 13:3 13:5 24:11 25:14 26:24 27:6
**apologize** 51:5
**appear** 43:9
**appeared** 2:8,14
**application** 45:20
**appointment** 55:15
**appropriate** 35:23 55:17
**approximately** 49:11
**approximation** 29:4
**April** 40:13 41:15
**area** 16:17 19:14
**asked** 29:17 30:20 51:4 52:17
**asking** 8:15 15:10 21:10,12 44:16 48:8
**asks** 35:1
**assume** 12:7 35:24
**assumption** 25:19,21
**attached** 52:24
**ATTN** 55:8
**attorneys** 34:13
**AT&T** 13:19,22,24
**audio** 36:24 38:10 39:16
**Austin** 2:10 55:6
**available** 29:20,21
**Avenue** 17:2
**aware** 14:16,20 15:1 25:22 26:1 40:2
**a'la** 38:22,24
**A.D** 54:21

## B

**back** 7:15 9:10,13 11:13 17:23 21:22 22:8 43:20 44:8
**bad** 12:2 19:19
**Bank** 2:11
**baseball** 36:9
**based** 47:2
**basis** 8:4,5
**Bates** 3:12,14,15,17,18

3:20,21 34:14 36:13
**behalf** 2:8,14
**belabor** 44:23
**believe** 5:10 16:20 17:1 33:13 43:20 44:7 50:1
**Berning** 1:11 3:1 4:1,7 4:8 34:9 40:11 49:6 54:11,18 55:6,10 56:2
**best** 12:19 43:19
**better** 13:23 37:10
**bit** 21:20 25:18
**board** 38:19
**bottom** 31:5 35:20
**brand** 10:11
**break** 5:6 14:1 45:4
**breakdown** 43:12
**broad** 12:2
**broadcast** 47:18,24
**BroadSign** 45:18,24 46:5
**Brown** 2:4 55:23
**build** 47:19
**building** 15:4
**bulk** 11:10,15 16:24
**bullet** 40:23,24 41:7
**bunch** 49:18

## C

**C** 52:3
**call** 8:22 23:17
**called** 4:2,12 26:17
**camera** 28:21 33:6,7,9
**campaigns** 46:4
**Canadian** 45:24
**captioning** 36:1
**care** 24:10 25:4,7
**case** 53:2 55:9 56:1
**caught** 43:12,16
**cause** 27:16
**caused** 21:24 40:2
**cc** 55:23
**CEO** 11:11,17
**cetera** 38:22

## C

**CFO** 11:12 12:7
**chair** 33:13
**change** 7:22 18:2 46:2 56:4,6,8,10,12,14,16 56:18,19
**changed** 49:20
**changes** 46:9 47:10
**Chicago** 1:16 2:12 4:9 53:13 55:2,7
**chronograph** 30:10
**Cincinnati** 2:6
**circumstances** 8:19
**City** 1:16
**Civil** 1:13 52:22
**clarity** 35:9
**close** 44:24
**closed** 36:1
**CM** 6:4
**combination** 36:1
**come** 7:15 20:22
**comes** 35:19
**coming** 15:2
**common** 22:22
**communicate** 46:8
**communications** 26:23
**company** 12:10 45:24 48:13
**compare** 37:8
**compared** 24:15
**competitor** 13:10,16 14:7
**competitors** 12:15 13:1 14:14
**complete** 20:13 52:17
**compliant** 38:22
**comply** 55:17
**compress** 48:20
**compressed** 49:12
**computer** 21:19 28:24
**concern** 27:16
**concerned** 39:16
**concerns** 28:14
**condition** 49:18
**conference** 17:2

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

**confidential** 28:4
**confused** 22:17
**confusing** 4:20 8:17
  43:24 44:3 48:6
**connected** 46:15
**consistent** 23:4
**consisting** 54:14
**consulting** 25:8,11
**contact** 7:1 55:14,15
**content** 7:13 9:6,16,19
  10:14,17 11:2 12:15
  12:20,24 14:24 15:12
  16:8 19:15,20,22
  20:5 21:5 22:3,5,10
  22:11,13 23:15 24:19
  27:3 35:7,8,14 37:14
  37:18,24 38:3,9,13
  41:19 44:5,21 45:11
  45:17,21 46:1,2,10
  47:16,17,20 48:4,20
  49:8,10 50:3,5,11,16
  50:17,19,22
**Context** 3:12,14,15,17
  3:18,20,21 5:21 6:4
  6:13 7:1,4 9:9 10:10
  10:14 11:2 12:14,14
  12:18,23 13:7 14:3,9
  14:11,13,18 15:14
  16:9 18:4 24:1,16
  25:15,22 26:4,24
  27:1,6,15 28:13,14
  30:20 32:19 34:15
  35:8 39:17 40:2
  41:12,18 42:9,12
  46:8,22 47:4,10,14
  47:21 48:1,5,9,12,19
  51:8
**ContextMedia** 1:7
  5:19 16:20 30:16
  49:8,10 50:17,20,23
  54:7 55:9 56:1
**ContextMedia's** 23:8
**Context's** 13:1 14:24
  15:2 25:16 35:6
**continue** 46:5

**contract** 13:24 14:1
**convenience** 55:14
**convenient** 5:7
**conversation** 21:11
  22:17 41:2
**Cook** 1:17 53:5
**copied** 29:22 50:11,16
**Coppola** 16:1
**copy** 50:18,22 52:24
  55:15
**corner** 17:2 20:13
  34:15
**CORPORATION**
  55:21
**correct** 4:22 12:21,22
  17:18 31:11,12 32:21
  33:8 37:17 48:1,2
  49:19
**counsel** 2:2 5:17,19
  52:11 53:2 55:15,17
**country** 49:17
**County** 1:17 52:3 53:5
**couple** 6:5 35:1
**court** 1:1 5:2 52:23
  54:1 55:13
**Courts** 1:14
**Cowan** 2:5 3:5 4:5,6
  4:11 15:20 18:4
  19:18 28:3 31:1,20
  31:22 32:9,11 33:24
  40:11 41:22 42:20
  45:4,8 49:1 51:3,4,12
  55:23
**CPU** 47:4,10 48:19
**create** 8:11,14,15,20
  10:21 35:22 36:19
  38:5,12 49:7 50:17
**created** 10:17 50:3
**creating** 7:13,13 10:6
**CSR** 53:12
**cubicles** 16:24 17:12
  17:14 18:13,15
**customized** 49:17
**cut** 36:22 37:1,3,5,7
**C.S.R** 1:12 52:8 53:11

56:24
**c/o** 55:6

### D

**d** 52:22
**Darcy** 29:12,17,19
**date** 6:1 52:9 56:2,23
**dated** 31:11 32:14
  40:13
**day** 1:18 19:5 21:5
  53:6 54:20
**days** 55:17
**day-to-day** 8:4
**dealing** 13:9
**dealt** 7:16
**Dear** 55:11
**Dearborn** 2:12 55:7
**December** 14:16 15:23
  16:3,19 19:13,21
  20:9
**Defendant** 1:8 2:14
  54:8
**Define** 50:18
**delivered** 45:11 46:2
**delivery** 9:12 38:11
**demand** 39:15
**Demas** 12:8,10 17:9
  18:20 19:7 20:24
**Demas's** 18:13 20:11
**DEP** 55:10
**department** 9:5
**deponent** 52:23 54:12
  56:2
**deposition** 1:11 2:1 3:1
  3:12,13,15,16,18,19
  3:21 4:14,15 5:16
  52:6,11,21 54:13,14
  55:13,15
**depositions** 1:15
**describe** 16:21
**describing** 47:3
**description** 44:6
**design** 37:10
**detail** 16:16
**determine** 19:22 20:1

20:2 23:13 30:11
**develop** 9:1 39:13,17
  40:2
**developed** 11:4 13:8
  37:14,19
**developing** 24:10 40:5
  41:13 42:8 47:14
  48:4,23
**development** 10:13
  14:5 41:9,19 42:12
**devoid** 23:24
**DHN** 9:23
**different** 28:10 45:21
**difficult** 5:2
**digital** 23:2 24:9 28:21
  45:15 46:1 47:14,16
  47:17,19,20 48:4
**direct** 11:16,18
**directed** 14:6
**directly** 11:17
**disclaimers** 38:21
**Discovery** 1:11
**discuss** 21:7 24:1
  26:16
**discussion** 45:7
**discussions** 25:14 26:3
  26:23 27:8,11
**disk** 26:12
**distributed** 50:8
**distribution** 45:15
**District** 1:1,1,14 52:23
  54:1,1
**Division** 1:2 4:9 54:2
**document** 31:8,9
  49:23 50:2
**documents** 30:22
**doing** 5:1 21:18 24:12
  24:14,16,16 35:6
  44:13,15
**door** 18:18 19:2
**drive** 25:23 26:5,8,14
  26:22 27:1,1,4,16,19
  27:23 28:4,15,19
  32:20 53:12 55:1
**duly** 4:2 52:12 54:11

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 3

**duplicative** 43:1
**duration** 7:10
**duties** 7:6,17,24

**E**

**e** 4:7 52:22
**earlier** 4:10 32:18,22
  32:24 43:17
**earliest** 55:14
**early** 39:21 40:3
**Easily** 49:12
**East** 2:6
**eight** 11:11
**either** 35:24 48:20
**Elina** 31:5 32:6
**else's** 15:12 25:9
**emphasis** 14:12
**employees** 16:20
**enter** 17:3
**entire** 7:20 46:6
**environment** 35:24
**ERRATA** 56:3
**error** 48:11
**essentially** 8:1 34:19
**et** 38:22
**event** 40:1
**everybody** 25:9
**everyone's** 23:7
**exact** 6:1 25:10
**exam** 42:1,8,13
**EXAMINATION** 3:4
  4:4 49:4 51:2
**examined** 4:3 52:13
**example** 35:2,5
**exception** 11:11
**excuse** 7:10 22:8
**Exhibit** 3:12,13,15,16
  3:18,19,21 30:24
  31:2,21,22 32:10,11
  33:23 34:1 40:10,12
  41:21 42:19,20
**EXHIBITS** 3:10
**experience** 47:13 48:3
**explain** 8:7
**express** 28:13

**eye** 37:10
**e-mail** 3:12,14,15,17
  3:18,20,21 26:2,21
  31:3,4,5,10,13,23
  32:2,12,12,15,17,22
  34:2,6,11,20 35:7,18
  35:19 36:12,15 38:8
  39:11,20 40:12,19,23
  41:22,23 42:5,20
  43:3,5 44:5
**e-mails** 42:22
**E-N-V-I-R** 35:23

**F**

**face** 17:1
**faced** 17:7
**facing** 21:19
**fact** 28:14 50:13
**factor** 40:1
**factors** 49:18
**failure** 55:17
**fair** 4:22,23 18:1 33:1
  33:2 41:4,5
**fairly** 22:4
**familiar** 26:19 31:23
  32:7,15,16 43:3
**far** 5:1 17:3 19:13,14
  20:10,12
**Federal** 1:13
**Feedback** 40:15
**feel** 24:13 25:5
**feet** 18:12,14,16 20:12
**felt** 24:16
**field** 16:6 23:5,6
**file** 28:22 29:22
**fill** 36:17 37:16,19
**finally** 5:5
**find** 13:22 38:15
**firm** 25:8,12
**first** 4:2,19 20:8 21:5
  34:2,4,8 36:13 42:23
  43:10 52:12 54:11
**Flip** 33:6,7,9
**floor** 1:16 17:12 18:10
  19:5

**focus** 7:15
**focusing** 15:21
**folder** 29:23
**following** 2:2
**follows** 4:3
**follow-on** 42:21 43:7
**footage** 10:21,24
**foregoing** 52:6,16
  54:14
**form** 8:11,13 19:16
  27:24 35:2
**format** 9:9,11,12 38:3
  38:9,13 39:17
**forms** 14:6
**forth** 42:17
**forward** 55:17
**four** 17:10 40:23
**Fourth** 2:6
**frame** 16:3
**frequency** 7:10
**frequent** 23:12
**fresh** 36:19
**Frost** 2:4 55:23
**full** 34:21 36:14
**functioned** 47:10
**further** 51:1,2 55:18

**G**

**gallery** 31:15
**game** 36:9
**Garms** 17:21
**gcowan@fbtlaw.com**
  2:7
**generally** 9:12 10:20
  23:9
**getting** 16:16
**give** 10:5 12:4 21:20
  39:12
**given** 4:15 19:5 48:13
**go** 10:23 11:23 12:24
  13:19 25:20 31:20
**going** 5:5 13:19 15:2
  23:10 30:22
**good** 24:14,16 49:1
**Grant** 2:5 3:5 4:10

  55:23
**graphics** 35:24 36:4,5
  36:17,21,23 37:13
  39:4,7
**great** 2:5 38:23
**ground** 4:17
**group** 15:14,16
**guess** 18:16 20:12
  39:21
**guidance** 12:5
**guy** 11:18
**guys** 17:18,19

**H**

**halfway** 41:7
**HAN** 4:12 14:13,17
  15:1 19:14 23:7 24:2
  24:15,19 25:15,23
  26:4,7,13,22,24
  27:10,12,16,18,22,22
  28:4,6,14,17 29:24
  30:9 32:20,24 33:19
  41:3 43:12,16 44:8
  44:19,21 49:7 50:11
  50:16,19,22 51:7
**handed** 31:1 33:24
  40:11
**handful** 51:10,11
**HAN's** 20:5
**happy** 4:21 13:22
**hard** 25:23 26:4,7,14
  26:22,24 27:1,4,16
  27:18,23 28:4,15,19
  32:20
**hassle-free** 13:9
**head** 5:1
**health** 10:20 24:10
  25:4,7
**Healthy** 1:3 4:12 12:20
  22:5,7,9,12,13 33:5
  35:4 36:16,20,22
  37:1,6,8 38:23 39:1
  54:3 55:9 56:1
**hear** 28:13
**hearable** 37:15

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 4

**heard** 11:14
**heart** 5:12
**help** 36:17 41:11 43:5
**helpful** 25:6
**hereinabove** 52:19
**Hi** 43:11
**high** 18:15
**hired** 11:19
**hold** 48:12
**home** 24:9
**honestly** 5:11
**hooked** 23:2
**hours** 46:17
**Humira** 43:14 44:6
**hyperspacedigital.c...**
    32:7
**H264** 9:11

**I**

**idea** 23:14 24:1,11
    27:18 36:16 39:4,7
**Illinois** 1:17 2:12 4:9
    52:1 53:5,13 55:2,7
**image** 25:22 26:12,17
    26:22 27:1,15 32:19
    32:20
**imaged** 26:13 28:14
**images** 10:21
**imaging** 26:4,7
**including** 40:14
**independent** 44:13
**indicate** 22:12
**indicates** 32:23
**information** 8:23 9:4,9
    10:20 23:24 28:4
    35:2 36:24 43:21
    44:10,21 45:2 47:5
**informational** 8:12,14
**installed** 16:7
**installers** 16:6
**intellectual** 27:22
**interest** 24:12
**interested** 41:9 53:1
**interfere** 5:13
**interior** 17:11

**interrogatories** 52:13
**introduced** 4:10
**Inv** 55:23
**involved** 10:6,13 42:12
**issue** 23:13
**iterations** 28:10
**it'll** 34:15
**i.e** 38:21

**J**

**J** 2:11 3:6 55:8
**Jackson** 42:1
**January** 32:14 34:3,5
    34:21 36:14
**Jeana** 29:12,13
**Jim** 17:9
**job** 12:5 24:14,17
**joined** 12:10 48:1

**K**

**K** 52:3
**keep** 18:18
**Kemp** 6:16,24
**Kemp's** 15:16
**key** 38:11
**kin** 53:2
**kind** 7:15 8:4
**knew** 16:8
**know** 4:21 5:7 11:6,7,7
    13:5,6,16 14:9 18:6
    21:22 22:19 26:7,10
    26:13 27:6,7,21 28:3
    28:5 30:21 31:17
    32:5 33:15,20 40:5
    46:20 47:1,4,5,9,12
**knowledge** 12:19
    30:17,18 48:21
**knows** 26:12

**L**

**Lal** 2:17
**LaSalle** 1:16
**late** 23:23
**lawsuit** 4:11
**layout** 16:21,22
**leads** 36:10

**learn** 13:7,12 14:3
    47:19 48:8
**learned** 13:14 20:4,6
    27:15 32:19
**leave** 6:4 13:19 36:23
**leaving** 7:2
**left** 8:2 18:7
**LEGAL** 55:1
**letter** 52:24
**let's** 16:3 31:20 39:11
    43:9
**library** 36:18
**license** 10:21
**licensed** 11:3
**licensing** 10:23
**limited** 36:18
**LINE** 56:3
**lines** 13:20
**linked** 43:12
**Linux** 26:17 47:2
**little** 21:20 22:17
**LLC** 1:4 2:4 54:4
**LLP** 2:10 55:6
**local** 45:19
**locally** 28:19,24
**located** 15:8
**location** 18:5,8
**locked** 13:23
**Loewe** 29:13
**logos** 36:5
**long** 5:6 22:15 29:4
    45:1
**look** 9:20 12:24 20:22
    27:3 30:17 31:2,22
    32:11 34:18 43:10,11
**looked** 9:4 42:22 43:5
    43:20 44:8 50:19
    51:7
**looking** 22:4 24:11
    31:7 44:5,7
**loop** 7:11 9:14,15 10:1
    10:7,17 20:15,22
    22:12,13,15 24:2
    27:9,12 28:6,7,7,17
    29:5,24 30:8,9,17,20

32:24 33:5,17 36:18
    36:19 37:20 38:2,8
    38:16 39:18 40:2,6
    41:10,13,19 43:12,16
    44:8,24 49:7,15
    50:14,23 51:7
**loops** 8:10 10:14 11:2
    12:16,21 28:11
**lower** 34:14

**M**

**main** 17:11
**maintained** 6:24
**making** 7:9 8:5
**management** 45:17
    46:1
**manager** 7:5,7,19
    10:11 22:11
**Manuj** 2:17 45:5
**March** 1:18 3:2 54:13
    55:4
**MARINA** 1:12 52:7
    53:11 56:24
**mark** 31:20
**marked** 30:24 31:1,21
    32:10 33:23,24 34:18
    40:10,12 41:21 42:19
**marketing** 9:5 10:19
    29:10,11,20,21,23
    41:20
**materials** 14:6
**Matt** 17:21
**matter** 38:4,10 40:20
    42:6
**mean** 9:20 13:21 22:21
    25:19 27:7 30:4 35:8
    36:20 37:5 38:24
    44:14 45:16 46:5
    47:16
**meaning** 28:7 36:24
**meant** 30:6
**media** 7:5,7,19
**medication** 5:12
**meet** 12:3
**meeting** 41:24

Merrill Corporation - Chicago

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning   March 6, 2014

Page 5

**member** 8:10,13,20,22
  8:22 17:15 23:9,11
  40:15 41:20 49:14
**members** 7:14 23:5,6
  38:16 45:13 50:8
**MERRILL** 55:1,21
**message** 34:4 38:11
**messaging** 38:21
**met** 5:17
**Michael** 1:11 3:1 4:1,7
  54:11,18 55:6,10
  56:2
**Michigan** 15:9,11 17:1
  17:8
**mid** 5:22,24
**middle** 16:24 23:10
  40:24
**Mike** 15:24 20:20 21:9
  26:9 47:7
**millisecond** 22:6
**mind** 42:24
**minimal** 10:4
**minute** 31:2,22 32:11
  34:6 40:16 42:2,23
**minutes** 30:1,11 37:16
  37:19
**missed** 36:7
**MM219643** 55:23
**MOGILEVSKY** 1:12
  52:8 53:11 56:24
**moment** 14:23
**Monday** 34:3
**monitor** 16:10 21:19
**month** 8:9,9 49:20
**months** 8:8 11:12
**motion** 35:24 36:4,5
  36:17,21,23 37:13
  39:4,7
**move** 36:6
**MPEG-4** 28:22 29:22
**multiple** 28:10
**mute** 38:19

**N**

**name** 4:6,7

**named** 52:11
**near** 19:5
**need** 5:6 24:19,20 35:9
  46:19
**needs** 36:24
**network** 14:22,24 15:4
  15:13,13,18 16:4,5,9
  16:16 19:14,21 20:9
  23:3,11,14 40:8,8
  46:15,16,18
**networks** 1:3 40:5
  54:3 55:9 56:1
**network's** 38:10
**never** 12:19 19:12
  35:11 50:11,16,19,22
**new** 8:8 30:19 40:5
**nod** 5:1
**noncompliance** 55:17
**non-video** 35:13
**Nope** 4:16
**Nordisk** 10:11,15
**North** 1:15 15:9,11
**Notary** 1:12 52:8,15
  53:5 54:23
**notice** 55:18
**Novo** 10:11,15
**no-audio** 39:17,18
  40:2
**number** 36:13 39:15
  40:14
**numbers** 34:14
**numerous** 22:21,23

**O**

**o** 1:21,21,21 2:21,21
  2:21 51:16,16,16
  52:3,3
**oath** 54:12
**object** 19:16 27:24
**observations** 23:19
**observed** 21:5
**occasion** 9:4 49:7
**occasionally** 8:11
**occasions** 9:3
**October** 31:11

**odd** 25:18
**offering** 40:6 42:13
**offerings** 39:14
**offhand** 30:3,4
**office** 12:24 14:22 15:4
  16:17,21 18:13,13
  20:11,13 21:23 24:23
  26:11 39:11 41:3
  55:14
**offices** 14:18 15:1,2
  17:1,4,5,7,10 18:5
  25:16 39:15 45:11
  46:12
**official** 53:4
**oh** 18:3 22:8 45:13
  46:18,24
**Ohio** 1:1 2:6 54:1
**okay** 5:3,8,9,15 6:2
  7:19 8:19 15:10
  16:18 18:3 20:14
  30:6,7 31:9,20 32:1
  33:11,14 34:12 40:22
  41:18 43:2,9 44:5,17
  47:3 50:16
**okayed** 37:22
**once** 8:9
**open** 16:17 18:18 19:2
**operating** 46:22 47:1
  47:14,20
**operations** 7:5,7,19
  14:22,24 15:5,13,13
  15:18 16:4,5,9,17
  19:14,21 20:10 23:11
  23:14
**opportunity** 39:13
**opposed** 5:1 12:12
  14:13 37:14
**opposite** 20:13
**oral** 26:23 52:13
**orally** 5:1
**order** 44:9 46:9 50:17
**original** 34:4
**outdated** 24:20
**outside** 5:19 10:9
**O'Brien** 2:11 3:6 5:17

15:19 18:2 19:16
  27:24 45:6 49:5,6
  51:1,13 55:8,11
**o'clock** 1:17

**P**

**package** 13:8,9,17
**page** 3:4,11 34:2,2,13
  34:15,18,19 35:19,21
  36:13 42:23 56:3
**Pages** 54:15
**paragraph** 33:3 34:21
  35:20 39:10
**paren** 33:5 38:21
**part** 17:11,12
**particular** 14:12
**parties** 11:4 53:3
**parting** 6:8
**PatientPoint** 4:12
**patients** 35:3
**pausing** 50:13
**people** 24:10 40:14
**percentage** 10:1,5
**performance** 12:5
**performed** 47:11
**period** 46:3
**periodically** 12:3
**person** 17:16 41:8
**pertaining** 1:15
**Pfizer** 42:1
**phone** 30:10 53:14
**physician** 50:6
**physician's** 12:24
**pick** 5:3
**pieces** 45:21
**place** 52:8,19
**plaintiff** 1:5 2:8 4:11
  54:5
**Plaintiff's** 31:2 34:1
  40:12 41:22 49:22
**play** 7:11 14:5 46:19
  48:23
**played** 7:9 10:7 14:24
**player** 14:17 15:1,1
  22:24 23:7 25:15,23

Merrill Corporation - Chicago

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 6

27:20 41:3 46:15,16
46:17,22
**players** 16:6 23:2,8
**playing** 14:21 15:13
16:9,9,14 19:15,20
20:8 21:21 22:1,19
22:20 23:17 43:14
**Plaza** 2:11
**please** 4:6 49:22 55:14
**pod** 33:12
**point** 13:7 20:7,14
22:13,14 23:16 29:1
33:21,22 40:4,24
41:7 44:23
**points** 40:23
**policy** 19:2
**political** 25:8,11
**portfolio** 39:14
**position** 5:8 7:22
**potentially** 16:1
**PowerPoint** 9:20 10:3
35:3,8,9
**practice** 8:21 9:8
13:17 14:17 41:9
49:14
**practices** 7:14 8:12,14
38:16 45:12 46:9
**practice-specific** 8:16
**precipitating** 40:1,1
**prepare** 5:15 43:21
**presence** 5:19
**present** 2:1,16 52:10
**pretty** 4:17 24:14,16
**previously** 52:11
**primarily** 41:18
**prior** 47:18
**probably** 6:20 17:15
19:19 42:24
**problem** 4:22 23:4
**Procedure** 1:14 52:22
**process** 14:7 41:13
**PROD** 34:15
**program** 25:20 35:23
**programming** 7:8 8:5
8:6,8 14:21 23:21

24:13,15 25:4,7
34:22 36:11
**promo** 33:14
**Promotions** 33:18
**pronouncing** 6:21 32:6
**property** 27:22
**provide** 9:6 10:19
44:20
**provided** 9:8 38:16
45:23
**providers** 11:1
**PS'd** 31:17
**Public** 1:13 52:8,15
53:5 54:23
**pull** 49:22
**pulled** 33:18
**pursuant** 1:13 52:21
55:13
**pursue** 39:5
**pursued** 39:7
**purview** 7:17
**put** 9:9,15 23:15 29:1
29:5,8 33:11 37:20
50:23
**putting** 8:10 32:24
**p.m** 1:17
**P60** 31:10
**P61** 31:23
**P62** 32:9,12
**P65** 42:17
**P66** 42:20

---
**Q**

**quality** 23:21
**question** 4:20,20 12:2
21:15 34:8 47:7
**questions** 11:23 34:7
34:12 40:17 42:3
45:8 50:2 52:13,17
**quickly** 22:4
**QuickTime** 9:11
**quite** 6:7

---
**R**

**ran** 7:8 47:4
**rarely** 19:6,8,10

**reaches** 46:16
**read** 11:13 35:3 40:16
42:2,23 43:19 54:13
**readable** 37:14,19
**reading** 32:5
**ready** 55:13
**really** 4:13
**reason** 5:10 56:5,7,9
56:11,13,15,17,20,21
**recall** 6:1,23 10:3,4,16
13:13,14 14:4,12,21
17:20,21,24 20:3,4,6
20:23 21:1,3,6,10,13
21:21 22:15 23:19
25:17 27:2,14 29:2,7
30:19 31:3,4,13,15
33:21,22 34:9,11
35:6,15,16 37:23
39:2,9,24 40:7 42:8
44:15,15 49:23
**receive** 8:20
**recollection** 32:2
40:19 41:12 42:5,11
42:15 43:6 44:13,17
45:1,3 51:6
**record** 24:6,24 25:1
45:7 52:17
**recorded** 27:9 28:8
29:5 30:17 33:10
44:9
**recorder** 33:12
**recording** 24:2,2 27:12
33:7 43:16,21 44:19
**refer** 10:2 34:13
**reference** 12:7 25:3,6
35:18
**referenced** 26:22
32:18 55:13
**references** 43:13
**referred** 52:19
**referring** 33:15 41:2,8
43:15
**refers** 13:8
**refresh** 41:11 43:6
**regarding** 27:12

**Regardless** 41:8
**regards** 46:4
**region** 49:17
**regular** 7:1
**regulations** 38:22
**rehash** 48:18
**relationship** 12:11
**relative** 44:21
**relic** 23:23 24:20
**remember** 13:18 21:9
21:11,12
**remotely** 46:9,12
**removed** 14:17
**repeat** 38:6 43:23
**report** 11:9,16,18,22
**reported** 11:16
**reporter** 5:2 56:24
**reporting** 12:11
**representing** 4:11
**request** 8:20 40:4
42:17 43:7
**requested** 30:24 31:21
32:10 33:23 40:10
41:21 42:19
**require** 35:4
**requires** 34:22
**reserved** 51:13
**resets** 22:21,24 23:4
**respect** 23:6,8 37:13
**responded** 39:3
**response** 42:16 50:2
**responsibilities** 7:6,17
7:24
**responsibility** 23:15
**responsible** 41:18
**rest** 42:24
**review** 30:20 34:6
55:13,15,16
**reviewed** 37:21,22
**reword** 43:24 47:22
**rheumatoid** 40:8
**RHN** 9:23 40:7,9,15
42:1
**Richard** 2:11 3:6 55:8
**right** 4:17 6:22 8:6

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 7

11:13,22 17:3 23:16
  25:1,20 32:5,6,9
  36:12 39:3 49:15
right-hand 34:14
Rishi 17:9 43:11 44:16
robrien@sidley.com
  2:13
role 14:5 48:23
room 17:2 33:18 42:8
  42:13
rooms 24:11 42:1
rule 4:19,24
rules 1:13 4:17 52:22
  52:22 55:13
run 7:9 47:4
running 38:19

_____
**S**
S 2:5 3:5 55:23
sales 17:18,19
salespeople 19:5 30:19
salespeople's 18:12
sans-sound-loop 38:20
sat 17:9,14
saw 14:23 15:12 16:8
  19:20 20:8 26:2,21
  28:11 37:11 38:12
  43:1 49:6
saying 21:21 41:6
says 22:7 33:5 34:21
  35:22 39:4,11 46:18
scheduled 46:17
scheduling 46:4
screen 9:2 16:10,11
  19:21 20:9,10 31:15
  33:6,8 37:11
screens 8:24 45:21
  47:15,20
seal 53:4
second 4:24 34:21
  36:14
see 13:24 19:4 21:22
  22:2 24:12 25:9
  31:23 34:15,23 36:1
  38:2,8 39:10,11

seeing 14:21 24:13,15
seen 22:10 39:15
send 9:10,12
sentence 36:14 38:7
  43:10
sentences 35:1
separate 33:19
separating 10:18
September 5:23 6:2
  18:7
server 29:1,6,9,22 33:1
  44:9 45:20
service 13:23 14:2
  39:13 45:23
services 8:10,13,20,22
  17:15 23:9,11 41:20
set 42:17
severed 6:10
Shah 6:19 11:20,24
  12:3,12 18:17 19:4
  20:10,17,22 27:9,11
  32:13 34:4 36:12
  39:3,6 40:13 41:23
  42:21 43:22 44:21
Shah's 18:13 35:18
  39:10 42:17 43:7
sheet 10:19 56:3
shipped 14:17
shops 25:10
shorthand 52:14
shot 33:6
show 30:22
Shradha 17:9
Sidley 2:10 55:6
signage 46:1
signal 23:3
signature 51:13 52:20
  53:4
signed 56:23
silent 41:10,13,19
Silvia 17:17 34:3 40:4
Silvia's 35:19
Similar 35:4
simple 4:17 30:14
simply 34:9

Singulair 43:14 44:6
sir 5:14 49:2
sit 27:21 33:9 41:11
  42:15 44:12
sitting 24:10 33:7
  44:15
situation 8:15
six 11:11
slide 8:14,16,20 9:1,10
  9:19,21 10:2,3 35:9
  38:3,9,13
slides 7:13 8:12 35:3,8
  35:11 38:21
slide-like 49:7 50:3,5
software 27:20 45:19
  46:21 48:18,19
SOLUTIONS 55:1
somebody 11:16 24:9
somebody's 14:21
someone's 14:23
soon 39:20
sorry 15:20 27:10 31:9
  36:7
sort 7:1 16:3 33:11
  34:4 48:20
sounded 41:9
South 2:12 53:12 55:1
  55:7
SOUTHERN 1:1 54:1
space 17:12 24:9
specific 7:14 50:6
specifically 14:6 37:7
  45:18
specifics 21:11
spend 8:10
spoken 13:18
spondylitis 8:24
sponsor 38:10,18
sponsors 38:23,24
sports 36:9
spots 25:9
ss 52:2
stand 24:22 33:12
stands 31:17
started 8:1 45:10

starting 6:1 45:10
starts 34:1 41:23
state 4:6 52:1
states 1:1,14 10:20
  52:23 54:1
static 9:19 10:2 35:12
stay 6:12 16:3
stenographer 52:15
Steven 41:24
stock 10:21,21,23 11:1
  48:13,13
stopped 22:20
stopping 5:7
stopwatch 30:5,9,10
stored 28:19,24 44:9
strategy 42:9
Street 1:16 2:6,12 55:7
strike 10:12 22:16
  25:18 44:18
string 32:22 34:7
  41:22
struggling 36:19
stuff 36:10
style 38:3,9,13
subject 32:3 40:15,20
  41:24 42:6
submit 8:11 9:3
submitted 52:21
SUBSCRIBED 54:20
substance 9:6
suggestions 12:5
Suite 53:13 55:1
supposed 7:9,11
sure 4:19 5:4 7:8,9 8:5
  13:21 23:22 33:4
  37:21 45:6,9 47:23
  50:11
suspect 39:14
switched 41:4
switching 14:13
switch-out 13:8,9,17
  14:7 25:20
switch-outs 13:10
sworn 4:3 52:12 54:11
  54:20

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 8

system 39:12 45:17
  46:1,22 47:1
systems 47:14,20

**T**

take 4:13 5:6 12:18
  17:23 22:8 31:2,22
  32:11,17 34:6 39:6
  39:11 40:16 42:2,23
  43:9,15 45:4
taken 1:12 32:19 52:7
  52:14 54:13 55:10
talk 5:18 45:4
talked 6:19 32:23 39:8
  43:17
talking 20:15
tell 16:2 22:4 30:1 31:3
  45:21
tender 35:22
terabytes 49:12
terminated 6:10
terms 8:5 47:3 48:17
  48:18
testified 4:3 50:1,10
testify 5:10
testimony 32:18
Thank 49:1,3
they'd 9:3,15
thing 25:10 48:20
things 24:23 45:20
think 4:18 5:5 7:16 9:4
  17:22,23 21:19 31:7
  32:9,23 33:3 35:19
  36:22 37:10 39:4
  42:21,24 47:24 49:1
  50:10
third 11:4 34:19 40:24
  41:7
thought 30:6
thread 32:12
three 17:1 43:13
three-plus 6:6
Tight 36:7
time 6:19 7:20 9:14,18
  11:3,10,15 12:4,23

13:7 14:11 15:7,24
  16:2,3,22 17:6,14,19
  17:21 18:2 19:13,22
  20:14,21 23:20 26:3
  26:16 27:8,12 29:12
  35:7,13 39:18 41:14
  46:6,18 47:11 48:15
  52:9,18
times 46:16 51:7
title 7:4,22
today 4:13 5:11 27:21
  41:11 42:16 44:12
today's 5:16
TODD 2:4
told 39:6
tool 26:17,19
top 32:13 34:2
touch 6:12 45:22
touches 46:18
Tower 2:5
transcribed 55:13
transcript 54:14 55:15
  55:15
travel 6:5
Travis 6:16
treatments 36:6,7,8,17
  36:21
Trial 48:11
true 9:23 52:16
truly 55:20
truthfully 5:11
try 8:6 11:13
turn 36:9
turned 34:23
TV 16:10,11 19:20
  20:9 47:14
TVs 16:7
two 8:9 17:3,5 33:14
type 36:5,8
typical 16:23
typically 10:9 11:23
  18:17 19:4

**U**

Ubuntu 47:2

uh-huh 5:2 46:13
Uloric 43:14 44:6
undersigned 52:15
  53:1
understand 4:19 13:21
  33:3 41:2
understanding 23:3
  46:21
United 1:1,14 52:23
  54:1
updated 9:14,16
upload 45:20
upwards 49:13
use 12:15 35:12 45:17
  46:5 48:4
uses 48:19
usual 21:20
utilized 46:21
utilizing 26:17

**V**

various 10:20 11:1
  46:8
Velazquez 34:3 40:13
  41:1,1,6
Velazquez's 34:20
Verizon 13:19,23,24
version 38:2,8,12,20
video 9:11 20:15,21
  24:2,6,21 27:9,12
  28:17,18,23 29:8
  30:20 32:24 33:11
  35:10 43:17 49:12
  50:14 51:7
videos 33:14
videotaping 24:23
visual 36:24 43:13
visuals 10:22
volume 34:22 35:4
  38:3,9 39:12
vs 1:6 54:6 55:9 56:1

**W**

Wacker 53:12 55:1
waiting 24:10 33:18
waived 52:20

wall 17:3
want 25:1 33:4 44:1,23
  48:17
wanted 10:5 22:1 25:9
wasn't 14:22 21:9,17
  22:3 48:14 50:5
watch 20:15,17,19
  24:22 30:9
watched 21:4 28:6
  29:24
watching 16:12,13
  20:21 21:8,9,17 30:8
  33:8
way 4:21 38:15 40:24
website 33:18
weeks 8:9
week-to-week 8:5
went 21:22 43:20 44:8
weren't 6:10 28:10
West 4:9
WESTERN 1:2 54:2
we'll 30:23
we're 5:5 20:15 31:7
  49:1
we've 31:1 33:24 34:13
  39:8 40:12 43:17
wide 16:17
wife 6:5
Williams 15:24 20:20
  21:4,7,15 22:18
  23:16 26:9 32:13
  47:7
withdraw 19:18
witness 4:2 18:3 28:2
  49:3 52:7,12,18,20
  53:4
word 36:22
words 37:1,2,5
work 5:7,21 10:9 16:5
  36:16
worked 9:18 11:3 12:4
  18:17 25:8 44:14
  46:3,20,23 47:11
  48:12
working 42:8

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 9

| | | |
|---|---|---|
| **wouldn't** 37:8 38:4,9 44:22 | **13339** 34:19 | **41** 3:19 |
| **written** 14:6 26:24 | **14th** 31:11 40:13 41:15 | **42** 3:21 |
| **wrong** 31:9 | **1624** 4:9 | **45202** 2:6 |
| **WRP** 33:18,19 | **19th** 34:21 | **49** 3:6 |

**X**

X 46:16

**Y**

Yankovich 31:6 32:6
yeah 6:1 7:18 15:10,11
    15:21,23 16:15 19:18
    22:6,6,21 35:17 36:3
    37:4 39:23 41:5
    45:14 47:17
year 8:8 39:22
years 6:5,6
Yep 34:24 40:18 42:4
YouTube 25:13

**0**

0005744 3:15
0013337 3:17
0013341 3:17
0021233 3:12
0021368 3:14
0025527 3:18
0042657 3:20
0042659 3:20
0042660 3:21
0042663 3:21
03-06-14 56:2
04 3:5
06 3:2
084-004103 53:12

**1**

1 54:15
1:12-cv-00610 1:6 54:6
    55:9
10 2:12 55:4
11th 5:23
12 8:8 18:14
13337 36:13
13338 35:20

**2**

2nd 41:24 42:21
20th 36:14
2009 5:22,24 45:10
2010 14:16 15:23 16:3
    16:19 19:13,22 20:9
    31:11
2011 32:14 34:3,5,21
    36:14 40:13 41:15
2012 5:23 6:3,20 18:7
    39:21 40:3 41:24
    42:21
2014 1:18 3:2 54:13,21
    55:4
205 15:9,11
21 34:5
222 1:15
24 46:17
24th 34:3
25th 1:16

**3**

3-6-14 55:10
30 3:12 30:1,11 52:22
    55:17
30,106 40:15
30-minute 28:7 29:24
    30:8
300 53:13 55:1
301 2:6
31 3:13
311 53:12 55:1
312 2:13 53:14 55:2
32 3:15 52:22
33 3:16
3300 2:5
386-2000 53:14 55:2

**4**

4 18:16 49:12
40 3:18

**5**

5:00 1:17
51 3:5
513 2:7
54 54:15

**6**

6th 1:17 32:14 54:13
60 3:12 30:24 31:2
60603 2:12 55:7
60606 53:13 55:2
61 3:13 31:20,21
62 3:15 32:10
63 3:16 33:23 34:1
    49:22
64 3:18 40:10,12
65 3:19 41:21,22
651-6831 2:7
66 3:21 42:19

**8**

8 49:13
853-7000 2:13

**9**

9th 42:1
9-10 6:20
90 37:16,19
90s 23:23 24:20
90-minute 10:1 36:19
    38:15

Merrill Corporation - Chicago

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

Page 54

```
 1                   IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF OHIO
 2                         WESTERN DIVISION

 3

HEALTHY ADVICE NETWORKS,      )
 4  LLC,                       )
                              )
 5               Plaintiff,    )
                              )
 6         -vs-                )   No. 1:12-CV-00610
                              )
 7  CONTEXTMEDIA, INC.,        )
                              )
 8               Defendant.    )

 9

10

11         I, MICHAEL BERNING, being first duly sworn,

12  on oath say that I am the deponent in the aforesaid

13  deposition taken on March 6th, 2014; that I have read

14  the foregoing transcript of my deposition, consisting

15  of Pages 1 through 54.

16

17

18  _____
                   MICHAEL BERNING
19

20  SUBSCRIBED AND SWORN TO
    before me this _____ day
21  of _____, A.D. 2014.

22

23  _____
         Notary Public

24
```

Merrill Corporation - Chicago
(312) 386-2000                    www.merrillcorp.com/law

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

MERRILL LEGAL SOLUTIONS
311 South Wacker Drive -  Suite 300
Chicago, Illinois 60606
(312) 386-2000


March 10, 2014


Mr. Michael Berning
c/o Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois  60603
ATTN:  Mr. Richard J. O'Brien

           RE:  Healthy Advice Networks vs ContextMedia,
                Inc. - Case No. 1:12-cv-00610
           DEP:  Mr. Michael Berning (taken 3-6-14)


Dear Mr. O'Brien:


The above referenced deposition has been transcribed and
is ready for review, pursuant to the Rules of Court.

Please contact our office at your earliest convenience
for an appointment to review the deposition transcript
or you may contact counsel for a copy of the transcript
for your review.

Upon failure to comply within 30 days, we shall forward
an appropriate affidavit of noncompliance to counsel
without further notice.



                        Very truly yours,


                        _____
                        MERRILL CORPORATION


cc:  Mr. Grant S. Cowan (Frost Brown)    Inv. MM219643

Healthy Advice Network LLC.vs. Comtextmedia Inc.
Michael Berning    March 6, 2014

CASE:   Healthy Advice Networks vs ContextMedia

DEPONENT:  MICHAEL BERNING          DATE:  03-06-14

PAGE   LINE                    ERRATA SHEET

____  ____        CHANGE:  _____

____  ____        REASON:  _____

____  ____        CHANGE:  _____

____  ____        REASON:  _____

____  ____        CHANGE:  _____

____  ____        REASON:  _____

____  ____        CHANGE:  _____

____  ____        REASON:  _____

____  ____        CHANGE:  _____

____  ____        REASON:  _____

____  ____        CHANGE:  _____

____  ____        REASON:  _____

____  ____        CHANGE:  _____

____  ____        REASON:  _____

____  ____        CHANGE:  _____

____  ____        CHANGE:  _____

____  ____        REASON:  _____

____  ____        REASON:  _____

(signed) _____  DATE  04/09/14 ____

Reporter:  MARINA MOGILEVSKY, C.S.R.,